UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., | CIVIL ACTION NO. 302 CV 1703 (AWT) |
| Plaintiff, | |
| v. | |
| BEREAN CAPITAL, INC., | |
| Defendant. | OCTOBER 8, 2003 |

GRANTED. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT  10/19/03

### MOTION FOR LEAVE TO FILE OVERSIZED MEMORANDUM OF LAW IN REPLY TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 7(a)(2) Local Civil Rules of the United States District Court for the District of Connecticut, the defendant, Berean Capital, Inc. ("Berean"), respectfully requests leave to file an oversized Memorandum of Law in Reply to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss and in Opposition to Plaintiff's Motion for Partial Summary Judgment, dated October 8, 2003 ("Memorandum").

As grounds for the instant Motion, Berean submits that the Memorandum tendered with the Motion is fifty-seven (57) pages in length, seventeen (17) pages in excess of the normal page limit set forth in Local Rule 7(a)(2). Berean required the additional seventeen (17) pages because of the nature, volume, and complexity of the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105