UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------x
GREYSTONE COMMUNITY                :
REINVESTMENT ASSOCIATES, INC.,     :
                                   :
    Plaintiff,                     :
                                   :
v.                                 :   Civil No. 3:02CV1703 (AWT)
                                   :
BEREAN CAPITAL, INC.,              :
                                   :
    Defendant.                     :
---------------------------------x

### ORDER OF TRANSFER

In the interest of justice, this case is hereby transferred to Judge <u>Christopher F. Droney</u>. All further pleadings or documents in this matter should be filed with the Clerk's Office in <u>Hartford</u>, and shall bear the docket number 3:02CV1703 <u>(CFD)</u>. Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. <u>See</u> Local Rule 3(a).

It is so ordered.

Dated this 27th day of October, 2003, at Hartford, Connecticut.

                                             Alvin W. Thompson
                                 United States District Judge