# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GREYSTONE COMMUNITY
REINVESTMENT ASSOCIATES, INC.
    Plaintiff,

    v.

                        Civil Action No. 3:02CV1703 (CFD)

BEREAN CAPITAL, INC.,
    Defendant.

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____ A recommended ruling on the following motions which are currently pending: (orefm.)

____ A ruling on the following motions which are currently pending:  (orefm.)

_X_ A settlement conference (orefmisc./cnf)

____ A conference to discuss and approve the following:  (orefmisc./cnf)

____ Other:  (orefmisc./misc) _____

SO ORDERED this 31st day of October 2003, at Hartford, Connecticut.

Christopher F. Droney
**United States District Judge**