UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., | : : : | CIVIL ACTION NO. 302 CV 1703 (CFD) |
| Plaintiff, | : : | |
| v. | : : | |
| BEREAN CAPITAL, INC., | : : | |
| Defendant. | : | FEBRUARY 12, 2004 |

## MOTION TO CONTINUE HEARING DATE ON CONSENT AND JOINT REQUEST FOR ADDITIONAL TIME FOR ORAL ARGUMENT

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendant, Berean Capital, Inc. ("Berean"), respectfully requests a continuance of the hearing on the Motion to Dismiss the Amended Complaint and the Motion for Partial Summary Judgment pending in the above-captioned matter, currently scheduled for February 20, 2004.

Berean submits that there is good cause for the requested continuance as counsel for Berean is unavailable to attend the hearing on February 20, 2004.  Berean's counsel has a long scheduled hearing with the National Association of Securities Dealers ("NASD") for purposes of oral argument concerning the disposition of a substantive motion in a securities arbitration matter being handled by the undersigned counsel.  Although counsel for Berean would normally seek to reschedule the NASD hearing, the matter before the NASD involves a panel of three arbitrators and counsel

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

for three parties. Due to the difficulties involved in coordinating the schedules of all of these individuals, February 20, 2004, was the only day within the next few months upon which the hearing could be scheduled. Berean respectfully submits that good cause exists for the requested continuance given the inability to reschedule a time for oral argument on the motion, which is dispositive in nature, in the near future.

As such, Berean respectfully requests that the hearing in the instant matter, which was just recently rescheduled to take place on February 20, 2004, as a result of inclement weather, be continued to a later time. This is Berean's first motion for continuance with respect to this matter. Counsel for the plaintiff, Greystone Community Reinvestment Associates, Inc. ("Greystone") has consented to a continuance.

Additionally, Berean and Greystone respectfully request that they be afforded additional time in which to argue their respective motions. Specifically, the parties request ten (10) minutes of argument for purposes of rebuttal in addition to the twenty (20) minutes provided pursuant to the Court's Order, for a total of thirty (30) minutes. The parties believe that thirty (30) minutes of argument is warranted given the complex issues involved in the matter and the intricacies and overlaps involved in the arguments both in support of and in opposition to the motions. Accordingly, Berean and Greystone respectfully request an additional ten (10) minutes of rebuttal time, for a total of thirty (30) minutes of argument each.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

WHEREFORE, the defendant, Berean Capital, Inc., respectfully requests that the Court grant a continuance of the hearing on the Motion to Dismiss and Partial Motion for Summary Judgment, currently scheduled for February 20, 2004. The parties further jointly request that the Court grant their request for additional time for oral argument at the hearing.

Dated:  February  12, 2004
        Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
BEREAN CAPITAL, INC.


By:_____
    Thomas J. Finn
    Federal Bar No. ct 20929
    Michael K. Stanton, Jr.
    Federal Bar No. ct 08916
    Paula Cruz Cedillo
    Federal Bar No. ct 23485
    HALLORAN & SAGE  LLP
    One Goodwin Square
    Hartford, Connecticut 06103
    (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 12th day of February 2004, I hereby mailed a copy of the foregoing to:

Eliot B. Gersten, Esq.
John J. Robacynski, Esq.
Gersten & Clifford
214 Main Street
Hartford, Connecticut 06106

                                                                                         _____
                                                                                            Thomas J. Finn

514332

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105