UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., | : | CIVIL ACTION NO. 302 CV 1703 (CFD) |
| Plaintiff, | : | |
| v. | : | |
| BEREAN CAPITAL, INC., | : | |
| Defendant. | : | FEBRUARY 12, 2004 |

## MOTION TO CONTINUE HEARING DATE ON CONSENT AND JOINT REQUEST FOR ADDITIONAL TIME FOR ORAL ARGUMENT

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendant, Berean Capital, Inc. ("Berean"), respectfully requests a continuance of the hearing on the Motion to Dismiss the Amended Complaint and the Motion for Partial Summary Judgment pending in the above-captioned matter, currently scheduled for February 20, 2004.

Berean submits that there is good cause for the requested continuance as counsel for Berean is unavailable to attend the hearing on February 20, 2004. Berean's counsel has a long scheduled hearing with the National Association of Securities Dealers ("NASD") for purposes of oral argument concerning the disposition of a substantive motion in a securities arbitration matter being handled by the undersigned counsel. Although counsel for Berean would normally seek to reschedule the NASD hearing, the matter before the NASD involves a panel of three arbitrators and counsel

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105