CT/cvmhrg (October 17, 2001)

HONORABLE _Dromey_

DEPUTY CLERK _Deso_          RPTR/ERO/TAPE _marshall_

TOTAL TIME: _1_ hours _30_ minutes

DATE _2/27/04_    START TIME _10:05_    END TIME _11:25_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Greystone_          CIVIL NO. _02CV1703 CFD_          _Robaczynski_
                     §                                   Plaintiffs Counsel
        vs.          §
                     §          ☐ SEE ATTACHED CALENDAR FOR COUNSEL
_Berean Capital_     §                   _Finn_
                     §                   Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- ☒ (mhrgh) Motion Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscelaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| ☒ #38 | Motion | to Dismiss | ☐ | ☐ | ☒ |
| ☒ #44 | Motion | for Partial Summary Judgment | ☐ | ☐ | ☒ |
| ☐ # | Motion | | ☐ | ☐ | ☐ |
| ☐ # | Motion | | ☐ | ☐ | ☐ |
| ☐ # | Motion | | ☐ | ☐ | ☐ |
| ☐ # | Motion | | ☐ | ☐ | ☐ |
| ☐ # | Motion | | ☐ | ☐ | ☐ |
| ☐ | Oral Motion | | ☐ | ☐ | ☐ |
| ☐ | Oral Motion | | ☐ | ☐ | ☐ |
| ☐ | Oral Motion | | ☐ | ☐ | ☐ |
| ☐ | Oral Motion | | ☐ | ☐ | ☐ |

☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____

| | | filed | docketed |
|---|---|---|---|
| ☐ | _____ | ☐ | ☐ |
| ☐ | _____ | ☐ | ☐ |
| ☐ | _____ | ☐ | ☐ |
| ☐ | _____ | ☐ | ☐ |
| ☐ | _____ | ☐ | ☐ |
| ☐ | _____ | ☐ | ☐ |
| ☐ | _____ | ☐ | ☐ |
| ☐ | _____ | ☐ | ☐ |
| ☐ | _____ | ☐ | ☐ |

☐ _____ Hearing continued until _____ at _____