UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., | : CIVIL ACTION NO.<br>: 3:02 CV 1703 (CFD) |
| Plaintiff, | : |
| v. | : |
| BEREAN CAPITAL, INC., | : |
| Defendant. | : AUGUST 6, 2004 |

**MOTION FOR RECONSIDERATION OF THE COURT'S RULING
ON THE DEFENDANT, BEREAN CAPITAL, INC.'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Pursuant to Rule 7(c) of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendant, Berean Capital, Inc. ("Berean"), respectfully moves this Court for reconsideration of its Ruling, dated July 23, 2004, denying Berean's Motion to Dismiss the First Amended Complaint, dated June 6, 2003 ("Motion to Dismiss").

In support of its Motion for Reconsideration, Berean respectfully submits that the Court did not apply the correct legal standard in ruling upon the Motion to Dismiss. As the plaintiff, Greystone Community Reinvestment Associates, Inc. ("Greystone"), conducted jurisdictional discovery in this matter, the Court was required to hold Greystone to a greater burden in establishing a prima facie showing of jurisdiction over Berean. If the Court had applied this heightened standard and evaluated the evidence before it pursuant to this additional burden, Berean respectfully submits that the Court would not have found it to be sufficiently credible to establish jurisdiction over Berean. Accordingly, the instant motion for reconsideration should be granted.

This Motion is based on all the papers and records on file in this action, including Exhibit A attached hereto, the Memorandum of Law in Support of Motion for Reconsideration of the Court's Ruling on the Defendant, Berean Capital, Inc.'s Motion to Dismiss, dated August 6, 2004, including Exhibit 1 attached thereto, and on any oral argument or evidence presented at the hearing of this Motion.

WHEREFORE, the defendant, Berean Capital, Inc., respectfully request that the Court grant its Motion for Reconsideration of the Court's Ruling on the Defendant, Berean Capital, Inc.'s Motion to Dismiss, dated August 6, 2004, and grant the Motion to Dismiss the First Amended Complaint, dated June 6, 2003.

Dated: August 6, 2004
       Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
BEREAN CAPITAL, INC.

By: _____
Thomas J. Finn
Federal Bar No.: ct 20929
Paula Cruz Cedillo
Federal Bar No.: ct 23485
McCARTER & ENGLISH LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
Tel: 860.275.6700
Fax: 860.724.3397

## **CERTIFICATION**

      This is to certify that on this 6th day of August 2004, a copy of the foregoing was mailed, postage prepaid, to:

Eliot B. Gersten, Esq.
John J. Robacynski, Esq.
Gersten & Clifford
214 Main Street
Hartford, Connecticut 06106

                                                                          Thomas J. Finn

HARTFORD: 620156.01

Exhibit "A"

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC. | CIVIL ACTION NO. 302 CV 1703 (AWT) |
| V. | |
| BEREAN CAPITAL, INC. | JANUARY 3, 2003 |

### PLAINTIFF'S MOTION TO COMPEL JURISDICTIONAL DISCOVERY

Plaintiff, Greystone Community Reinvestment Associates, Inc., in the above-captioned matter, moves, pursuant to Rule 37 of the Federal Rule of Civil Procedure, to compel the defendant to allow the plaintiff to proceed with jurisdictional discovery. By motion dated December 16, 2002, the defendant seeks the dismissal of the present action for lack of personal jurisdiction. The defendant has, however, refused to allow the plaintiff to conduct jurisdictional discovery in order to oppose said motion to dismiss. Plaintiff, therefore, seeks an order compelling such jurisdictional discovery.

In support of this motion, plaintiffs submit an affidavit of counsel pursuant to Local Rule 9(d)4 and a memorandum of law, which are attached hereto.

PLAINTIFF,

By: _____
Eliot B. Gersten (ct05213)
John J. Robacynski (ct15636)
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
Tel: 860-527-7044
Its Attorneys

*[Handwritten margin notes: "GRANTED. So ordered. Donna Martinez 1/31/03 (2:8 PM)"]*