UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

FILED
2004 AUG 12 A 10: 41
US DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC. | CIVIL ACTION NO. 302 CV 1703 (AWT) |
| V. | |
| BEREAN CAPITAL, INC. | AUGUST 9, 2004 |

## APPEARANCE

The following counsel hereby gives notice of his appearance on behalf of the plaintiff, Greystone Community Reinvestment Associates, Inc..

PLAINTIFF,

By: _____
Allan W. Koerner (ct13444)
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
Tel: 860-527-7044
Its Attorneys

## CERTIFICATE OF SERVICE

This is to certify that on August 9, 2004, a copy of the foregoing was mailed, postage prepaid, to the following:

Thomas J. Finn, Esq.
Michael K. Stanton, Jr., Esq.
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103

_____
Allan W. Koerner