UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC. | CIVIL ACTION NO. 302 CV 1703 (AWT) |
| V. | |
| BEREAN CAPITAL, INC. | AUGUST 9, 2004 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Plaintiff, Greystone Community Reinvestment Associates, Inc., in the above-captioned matter, moves to extend for ten days (up to and including August 26, 2004), the time in which to respond to defendant, Berean Capital, Inc.'s, Motion for Reconsideration and potentially seek reconsideration for the Court's denial of the Motion for Summary Judgment. The basis for the Motion for Extension of Time is to allow Plaintiff the opportunity to review the Defendant's motion and evaluate a response, but due to vacation schedules and other committments, counsel is not available to conduct the appropriate review.

PLAINTIFF,

By: _____
Allan W. Koerner (ct13444)
John J. Robacynski (ct15636)
GERSTEN & CLIFFORD
214 Main Street
Hartford, CT 06106
Tel: 860-527-7044
Its Attorneys

DENIED, as moot. The plaintiff's response is due August 29, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 08/11/04