CT/cvmhrg (October 17, 2001)

HONORABLE Droney
DEPUTY CLERK Dew
RPTR/ERO/TAPE Marshall

TOTAL TIME: ___ hours 45 minutes

DATE 9-8-04    START TIME 2:05    END TIME 2:50
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Greystone

vs.

Berean

CIVIL NO. 02CV1703 CFD
§
§
§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

Gersten
Plaintiffs Counsel

Finn, Cedillo
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing          ☐ (confmhrg.) Confirmation Hearing     ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing       ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing          ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscelaneous Hearing

MOTION DOCUMENT NO.

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| ☒ | #64 | Motion for reconsideration | ☐ | ☐ | ☒ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ |  | Oral Motion | ☐ | ☐ | ☐ |
| ☐ |  | Oral Motion | ☐ | ☐ | ☐ |
| ☐ |  | Oral Motion | ☐ | ☐ | ☐ |
| ☐ |  | Oral Motion | ☐ | ☐ | ☐ |

☐ Brief(s) due ___    ☐ Proposed Findings due ___    Response due ___

☐ filed ☐ docketed (×10)

___ Hearing continued until ___ at ___