UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., | : : : : : | CIVIL ACTION NO. 3:02 CV 1703 (CFD) |
| Plaintiff, | | |
| v. | : : : : | |
| BEREAN CAPITAL, INC., | | |
| Defendant. | : | NOVEMBER 15, 2004 |

## MOTION TO EXTEND THE DEPOSITION OF HOWARD B. BROWN, JR.

Pursuant to Rule 30(d)(2) of the Federal Rules of Civil procedure and Rule 7 of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendant, Berean Capital, Inc. ("Berean"), respectfully moves this Court for an order extending the time in which to conduct the deposition of Mr. Howard B. Brown, Jr. ("Mr. Brown") for an additional four (4) hours.

In support of its Motion, Berean respectfully submits that additional time to depose Mr. Brown is necessary to afford Berean an adequate opportunity to fairly examine Mr. Brown. As President and Chief Executive Officer of the plaintiff, Greystone Community Reinvestment Associates, Inc. ("Greystone"), Mr. Brown was an integral part of the transactions and occurrences giving rise to this litigation and, indeed, claims to have conceived of and developed the securitization at issue in this action. Mr. Brown made Greystone's decisions, executed all agreements on behalf of Greystone, and the majority, if not all, of the communications with Greystone were through Mr. Brown. Given the complexity of this matter, the extensive factual

**ORAL ARGUMENT REQUESTED**

circumstances at issue, and the voluminous documents produced thus far, seven (7) hours is insufficient time to conduct a fair examination of Mr. Brown, the sole individual at Greystone who possesses critical information relevant to this action. Accordingly, Berean respectfully submits that the instant motion should be granted allowing an additional four (4) hours for the deposition.

This Motion is based on all the papers and records on file in this action, including this Motion and Exhibit A attached hereto, the Memorandum of Law in Support of Motion to Extend the Deposition Howard B. Brown, Jr., dated November 15, 2004, including Exhibits 1 and 2 attached thereto, and on any oral argument or evidence presented at the hearing of this Motion.

WHEREFORE, the defendant, Berean Capital, Inc., respectfully requests that the Court grant its Motion and extend the time for taking the deposition of Howard B. Brown, Jr. for an additional four (4) hours.

Dated: November 15, 2004
       Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
BEREAN CAPITAL, INC.

By: _____
Thomas J. Finn
Federal Bar No.: ct 20929
Paula Cruz Cedillo
Federal Bar No.: ct 23485
McCARTER & ENGLISH LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
Tel: 860.275.6700
Fax: 860.724.3397

## **CERTIFICATION**

      This is to certify that on this 15th day of November 2004, a copy of the foregoing was mailed, postage prepaid, to:

Eliot B. Gersten, Esq.
John J. Robacynski, Esq.
Gersten & Clifford
214 Main Street
Hartford, Connecticut 06106

                                                     _____
                                                     Paula Cruz Cedillo

HARTFORD: 626925.01

*Exhibit A*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., | : CIVIL ACTION NO. : 3:02 CV 1703 (CFD) |
| Plaintiff, | : |
| v. | : |
| BEREAN CAPITAL, INC., | : |
| Defendant. | : NOVEMBER 3, 2004 |

## NOTICE OF DEPOSITION

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, the defendant, Berean Capital, Inc., will take the deposition of **Howard B. Brown, Jr.** for purposes of discovery and/or use at the trial of this matter, before the proper authority on **November 15, 2004, at 9:00 a.m.** at the offices of McCarter & English, CityPlace I, 185 Asylum Street, Hartford, Connecticut.

Dated: November 3, 2004
      Hartford, Connecticut

THE DEFENDANT,
BEREAN CAPITAL, INC.

By: _____
Thomas J. Finn
Federal Bar No.: ct 20929
Paula Cruz Cedillo
Federal Bar No.: ct 23485
McCARTER & ENGLISH LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
Tel: 860.275.6700
Fax: 860.724.3397

## CERTIFICATION

      This is to certify that on this 3rd day of November 2004, a copy of the foregoing was mailed, postage prepaid, to:

Eliot B. Gersten, Esq.
John J. Robacynski, Esq.
Allan W. Koerner, Esq.
Gersten & Clifford
214 Main Street
Hartford, Connecticut 06106

*Paula Cedillo*
Paula Cruz Cedillo

HARTFORD: 626223.01