# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATION, INC., Plaintiff | : : : : |
| v. | : Civil Action No. 3:02CV1703(CFD) : |
| BEREAN CAPITAL, INC., Defendant | : : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____ A recommended ruling on the following motions which are currently pending: (orefm.)

____ A ruling on the following motion which is currently pending: (orefm.)

__X__ A settlement conference (orefmisc./cnf)

____ A conference to discuss and approve the following: (orefmisc./cnf)

____ Other: (orefmisc./misc) _____

**SO ORDERED** this 12th day of September, 2005, at Hartford, Connecticut.

/s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**