UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., | : | |
| Plaintiff, | : | CIVIL ACTION NO. 302 CV 1703 (AWT) |
| v. | : | |
| BEREAN CAPITAL, INC., | : | |
| Defendant. | : | SEPTEMBER 18, 2006 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned counsel, Michael K. Stanton, Jr. of Halloran & Sage LLP, respectfully requests that he be allowed to withdraw his Appearance on behalf of the Defendant Berean Capital. In support of the motion, the undersigned states that Berean Capital is presently represented Thomas J. Finn and Paula Cruz Cedillo of McCarter & English and my participation is no longer required or necessary.

*[signature]*
Michael K. Stanton, Jr.
Federal Bar No. ct08916
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855
stanton@halloran-sage.com

888223v 1

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195