UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., | : | |
| Plaintiff, | : | CIVIL ACTION NO. 302 CV. 1703 (AWT) |
| v. | | |
| BEREAN CAPITAL, INC., | : | |
| Defendant. | : | SEPTEMBER 21, 2006 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned counsel, Michael K. Stanton, Jr. of Halloran & Sage LLP, respectfully requests that he be allowed to withdraw his Appearance on behalf of the Defendant Berean Capital. In support of the motion, the undersigned states that Berean Capital is presently represented Thomas J. Finn and Paula Cruz Cedillo of McCarter & English and my participation is no longer required or necessary.



Michael K. Stanton, Jr.
Federal Bar No. ct08916
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855
stanton@halloran-sage.com

HALLORAN
& SAGE LLP

315 Post Road West
Westport, CT 06880

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION

This is to certify that on September 21, 2006, a copy of the foregoing was sent via email or regular mail to:

Thomas J. Finn, Esq.
Paula Cruz Cedillo, Esq.
McCarter & English
185 Asylum Street
Hartford, CT 06103

Eliot B. Gersten, Esq.
John J. Robaczynski, Esq.
Gersten, Gifford & Rome
214 Main Street
Hartford, CT 06106

Allan W. Koerner
214 Main Street
Hartford, CT 06106

_____
Michael K. Stanton, Jr.

HALLORAN
& SAGE LLP

315 Post Road West
Westport, CT 06880

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195