UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC.: | : CIVIL ACTION NO.: 302 CV 1703 (CFD) : : |
| V. | : : |
| BEREAN CAPITAL, INC. | : SEPTEMBER 28, 2006 : |

### STIPLUATION TO WAIVE TRIAL BY JURY

The parties stipulate to waive trial by jury and consent to trial by the court sitting without a jury pursuant to F.R.Civ.P.39 (a).

PLAINTIFF,
GREYSTONE COMMUNITY
REINVESTMENT ASSOCIATES, INC.

By: _____
Eliot B. Gersten (ct05321)
John J. Robacynski (ct15636)
Gersten, Clifford & Rome, LLP
214 Main Street
Hartford, CT 06106
Tel: (860) 527-7044
Its Attorneys

DEFENDANT,
BEREAN CAPITAL, INC.

By: _____
Thomas J. Finn (ct20929)
Paula Cruz Cedillo (ct23485)
McCarter & English LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
Tel: (860) 275-6700
Fax: (860) 724-3397