UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC.<br>Plaintiff,<br>v.<br><br>BEREAN CAPITAL, INC.<br>Defendant. | : <br>: CIVIL ACTION NO.: 3:02-CV-1703(CFD)<br>:<br>:<br>:<br>:<br>: OCTOBER 25, 2006<br>: |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned counsel, Allan W. Koerner of Gersten Clifford & Rome, LLP, respectfully requests that he be allowed to withdraw his Appearance on behalf of the Plaintiff, Greystone Community Reinvestment Associates, Inc. as other members of my firm, namely Eliot B. Gersten and John J. Robacynski, represent the Plaintiff and my participation is no longer required or necessary.

GREYSTONE COMMUNITY
REINVESTMENT ASSOCIATES, INC.

By: _____
Allan W. Koerner (ct13444)
Gersten Clifford & Rome, LLP
214 Main Street
Hartford, CT 06106
Tel: (860) 527-7044
Its Attorney

## CERTIFICATE OF SERVICE

This is to certify that on October 25, 2006, a copy of the foregoing was mailed, postage prepaid, to the following:

Thomas J. Finn, Esquire
Paula Cruz Cedillo, Esquire
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103

Eliot B. Gersten, Esquire
John J. Robacynski, Esquire
Gersten Clifford & Rome, LLP
214 Main Street
Hartford, CT 06106

_____
Allan W. Koerner, Esq.