UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC.<br>Plaintiff,<br><br>v.<br><br>BEREAN CAPITAL, INC.<br>Defendant. | : CIVIL ACTION NO.: 3:02-CV-1703(CFD)<br>:<br>:<br>:<br>:<br>:<br>:<br>: NOVEMBER 21, 2006<br>: |

**MOTION ON CONSENT TO EXTEND TRIAL MEMORANDUM ORDER DEADLINE**

Pursuant to Local Rule 7(b), the plaintiff moves on consent to extend the deadline set forth in the Trial Memorandum Order dated October 12, 2006 for the filing of the Trail Memorandum until December 11, 2006 due to the intervening Thanksgiving holiday and coordination among counsel. The deadline is presently set for November 27, 2006.

Counsel for the defendant has been contacted and has consented to this extension.

Wherefore, plaintiff respectfully requests that this motion be granted.

PLAINTIFF,
GREYSTONE COMMUNITY
REINVESTMENT ASSOCIATES, INC.

By: _____
Eliot B. Gersten (ct05321)
John J. Robaczynski (ct15636)
Gersten, Clifford & Rome, LLP
214 Main Street
Hartford, CT 06106
Tel: (860) 527-7044
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2006, a copy of the foregoing was filed electronically and served by first class mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Thomas J. Finn, Esq.
McCarter & English LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
Tel (860)275-6700

By:_____
John J. Robacynski, Esq.
Gersten Clifford & Rome, LLP
214 Main Street
Hartford, CT 06106
Telephone No.: 860-527-7044
Federal Bar # CT15636