UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC.<br>   Plaintiff,<br>v.<br><br>BEREAN CAPITAL, INC.<br>   Defendant. | : <br>: CIVIL ACTION NO.: 3:02-CV-1703(CFD)<br>:<br>:<br>:<br>:<br>: DECEMBER 11, 2006<br>: |

## APPENDIX I

## PLAINTIFF'S PRELIMINARY WITNESS LIST

1. **Howard Brown** – Mr. Brown, President of Greystone Community Reinvestment Associates, Inc., will testify on how he developed the CRA securitization concept, his introduction to Berean Capital, Inc. and their relationship, the Confidentiality Agreement intended to protect Greystone, Berean's insistence that Greystone should not be identified in the Confidentiality Agreement, his introduction by Berean to First Union National Bank, their work on the CRA securitization with Berean and First Union, the competing CRA securitization by First Union and Bear Stearns, the lawsuit against First Union, Berean's refusal to provide a release, Berean's initiation of an NASD arbitration against First Union, and Greystone's settlement with First Union.

2. **Daniel Homick** – Mr. Homick, a former employee/registered representative for Berean, will testify about Howard Brown's development of the CRA securitization concept, Mr. Homick's introduction of Mr. Brown to Berean, the negotiation of the Confidentiality Agreement intended to protect Greystone, the work on the CRA securitization with Greystone, First Union and Berean, the competing CRA securitization by First Union and Bear Stearns and the suit

against First Union.

    3. **David Irving** – Mr. Irving, a former employee of Berean, will testify about Greystone's CRA securitization concept, the negotiation of the Confidentiality Agreement, the introduction of American Investco and Greystone to First Union under the Confidentiality Agreement; the work on the CRA securitization with Greystone, First Union and Berean, the competing CRA securitization by First Union and Bear Stearns, and the suit against First Union.

    4. **Wesley Jones** – Mr. Jones, a former employee of First Union, will testify about the negotiation of the Confidentiality Agreement as a noncircumvention agreement intended to protect Berean, the work on the CRA securitization with Greystone and Berean, and the competing CRA securitization by First Union and Bear Stearns.

    5. **Trezevant Moore** – Mr. Moore, a former employee of First Union, will testify about the negotiation of the Confidentiality Agreement, the work on the CRA securitization with Greystone and Berean, and the competing CRA securitization by First Union and Bear Stearns.

    6. **James T. Shearin** – Mr. Shearin, the attorney representing First Union, will testify about the Settlement between Greystone and First Union and the NASD arbitration brought by Berean against First Union.

    Plaintiff reserves the right to call additional witnesses in order to rebut the testimony of any of Defendant's witnesses and/or rebut Defendant's exhibits. Plaintiff further reserves the right to object to any of Defendant's witnesses depending on the nature of their testimony.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., | CIVIL ACTION NO. 3:02 CV 1703 (CFD) |
| Plaintiff, | |
| v. | |
| BEREAN CAPITAL, INC., | |
| Defendant. | DECEMBER 11, 2006 |

## APPENDIX II

### DEFENDANT BEREAN CAPITAL, INC.'S LIST OF PROPOSED WITNESSES

1.  Dudley Brown, Jr., President of the defendant, Berean Capital, Inc. ("Defendant"), 300 S. Wacker Drive, Chicago, Illinois, will testify as to the factual allegations asserted in the First Amended Complaint, the factual circumstances concerning the attempted CRA Securitization, Defendant's cooperation and assistance with discovery in the plaintiff, Greystone Community Reinvestment Associates, Inc.'s ("Plaintiff") litigation against First Union Capital Markets ("First Union"), Plaintiff's demand for release from Defendant, and the arbitration filed by Defendant against First Union.

2.  David D. Irving, will testify as to the factual allegations asserted in the First Amended Complaint, the factual circumstances concerning the attempted CRA Securitization, and Defendant's cooperation and assistance with discovery in Plaintiff's litigation against First Union.

3.  Daniel J. Homick, 8608 Cold Springs Road, Raleigh, North Carolina, will testify as to the factual allegations asserted in the First Amended Complaint, the factual circumstances

concerning the attempted CRA Securitization, and Defendant's cooperation and assistance with discovery in Plaintiff's litigation against First Union.

4. Bruce Sanders, Esq., Law Office of Bruce Sanders, P.C., 1408 Castle Cliff Place, Maryland, will testify as to the arbitration filed by Defendant against First Union.

5. James T. Shearin, Esq., Pullman & Comley, LLC, 850 Main Street, Bridgeport, Connecticut, will testify as to Plaintiff's action against First Union, the arbitration filed by Defendant against First Union, and the settlement between Plaintiff and First Union.

Defendant reserves the right to call additional witnesses in order to rebut the testimony of any of Plaintiff's witnesses and/or rebut Plaintiff's exhibits. Plaintiff further reserves the right to object to any of Plaintiff's witnesses depending on the nature of their testimony.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC.<br>Plaintiff,<br>v.<br><br>BEREAN CAPITAL, INC.<br>Defendant. | : CIVIL ACTION NO.: 3:02-CV-1703(CFD)<br>:<br>:<br>:<br>:<br>: DECEMBER 11, 2006<br>: |

### APPENDIX III

### PLAINTIFF'S PRELIMINARY EXHIBIT LIST

1. David Irving letter dated August 21, 1996 as Vice President of Berean to Wes Jones of First Union;

2. Draft Confidentiality Agreement (admissibility in dispute);

3. Letter from Dan Homick dated September 1, 1996 (admissibility in dispute);

4. The Confidentiality Agreement dated September 19, 1996;

5. Wes Jones Outline of Responsibility to Berean and Greystone;

6. Dudley Brown's October 18, 1996 supplement to First Union's Outline of responsibilities;

7. OCC Opinion received by Greystone on December 23, 1996;

8. David Irving letter dated December 27, 1996 confirming OCC Opinion to Howard Brown and Dudley Brown;

9. Dudley Brown fax dated February 2, 1997 to Howard Brown (admissibility in dispute);

10. Dan Homick fax dated February 3, 1997 to Howard Brown of Greystone;

11. Dan Homick fax dated February 26, 1997 to Wes Jones and Howard Brown transmitting a draft offering circular;

12. Howard Brown letter dated March 17, 1997 to Wes Jones of First Union and Berean;

13. Howard Brown letter dated June 6, 1997 to Dudley Brown of Berean (admissibility in dispute);

14. Placement Agent Agreement between Greystone and Berean dated June 6, 1997;

15. July 1, 1997 Offering Circular;

16. Dudley Brown letter dated July 10, 1997 to Howard Brown of Greystone;

17. Greystone/Berean Press Release of September 8, 1997 on the CRA securitization;

18. First Union – Bear Stearns Offering Circular;

19. Notice of Deposition dated January 25, 2001 issued by First Union to Berean;

20. Note from Dudley Brown producing documents;

21. NASD arbitration filed by Berean against First Union in January 2001;

22. Dudley Brown letter dated June 14, 2001;

23. Howard Brown letter dated February 22, 2002 to Dudley Brown of Berean;

24. Howard Brown letter dated April 23, 2002 to Dudley Brown of Berean;

25. NASD arbitration Award against Berean;

26. Greystone damage analysis presented to First Union;

Plaintiff reserves the right to submit additional exhibits to rebut Defendant's testimony and/or exhibits.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., | CIVIL ACTION NO. 3:02 CV 1703 (CFD) |
| Plaintiff, | |
| v. | |
| BEREAN CAPITAL, INC., | |
| Defendant. | DECEMBER 11, 2006 |

## APPENDIX IV

## DEFENDANT BEREAN CAPITAL, INC.'S EXHIBIT LIST

1. Facsimile from Howard Brown, Jr. to Daniel Homick, dated July 24, 1996

2. Correspondence from David Irving to Wes Jones, dated August 21, 1996

3. Independent Contractor's Agreement, dated September 1, 1996

4. Confidentiality Agreement, dated September 19, 1996

5. Facsimile from David Irving to Howard Brown, Jr., dated October 10, 1996

6. Correspondence from Dudley Brown, Jr. to Howard Brown, Jr., dated October 18, 1996

7. Correspondence from Michael Bylsma of the Office of the Comptroller of the Currency, to N. Linda Goldstein, Esq., dated December 23, 1996

8. Correspondence from David Irving to Howard Brown, Jr., dated December 27, 1996

9. Facsimile from Daniel Homick to Wes Jones, dated February 26, 1997

10. Correspondence from P. Wayne Moore to David Irving, dated February 28, 1997

11. Correspondence from Howard Brown, Jr. to Wes Jones, dated March 1, 1997

12. Facsimile from Daniel Homick to Wes Jones, dated March 10, 1997

13. Correspondence from Howard Brown, Jr. to Dudley Brown, Jr., dated March 12, 1997

14. Correspondence from Wes Jones to Greystone Community Reinvestment Associates, dated March 14, 1997

15. Correspondence from Howard Brown, Jr. to Wes Jones, dated March 17, 1997

16. "Placement Agent Agreement" dated June 6, 1997

17. Private Offering Circular, dated July 1, 1997

18. Correspondence from Berean Capital Inc. to Howard Brown, Jr., dated July 10, 1997

19. Correspondence from Howard Brown, Jr. to David Irving, dated August 4, 1997

20. Memorandum from Howard Brown, Jr. to Kathleen M. Burns and S. Trezevant Moore, Jr., dated August 19, 1997

21. Press Release dated September 8, 1997

22. Private Offering Circular from First Union and Bear Stearns & Co. Inc.

23. Monthly Report from Howard Brown, Jr., dated October 31, 1997

24. Interoffice Memorandum from Wayne to Howard/Mike, dated November 3, 1997

25. Bloomberg Article, dated September 14, 1998

26. Amended Complaint, dated July 11, 2000, filed in the action entitled Greystone Community Reinvestment Associates, Inc. v. First Union National Bank, Civil Action No. 3:00 CV 0871 (CFD)

27. Second Amended Complaint, dated January 19, 2001, filed in the action entitled Greystone Community Reinvestment Associates, Inc. v. First Union National Bank, Civil Action No. 3:00 CV 0871 (CFD)

28. Correspondence from James T. Shearin, Esq. to David Irving, dated January 25, 2001

29. Notice of Deposition of Berean Capital Inc., dated January 25, 2001

ME1\5967830.1

30. Correspondence from John J. Robacynski, Esq. to Brian Roche, Esq. enclosing Damages Analysis, dated January 25, 2001

31. Note from Dudley Brown, Jr. to Eliot B. Gersten, Esq.

32. Correspondence from Dudley Brown, Jr. to Eliot B. Gersten, Esq., dated June 14, 2001

33. Plaintiff's Responses to Defendant's Requests for Admissions, dated September 21, 2001, filed in the action entitled <u>Greystone Community Reinvestment Associates, Inc. v. First Union National Bank</u>, Civil Action No. 3:00 CV 0871 (CFD)

34. Correspondence from Eliot B. Gersten, Esq. to James T. Shearin, Esq., dated October 16, 2001

35. Correspondence from Howard Brown, Jr. to Dudley Brown Jr., dated February 22, 2002

36. Statement of Claim, dated January 22, 2002, filed with the National Association of Securities Dealers

37. Correspondence from Howard Brown, Jr. to Dudley Brown, Jr., dated April 23, 2002

38. Substituted Third Amended Complaint, dated April 16, 2002, filed in the action entitled <u>Greystone Community Reinvestment Associates, Inc. v. First Union National Bank</u>, Civil Action No. 3:00 CV 0871 (CFD)

39. Complaint, dated August 22, 2002

40. Motions for Summary Judgment, dated October 15, 2002, including supporting memoranda, affidavits, and exhibits, filed by the parties in the action entitled <u>Greystone Community Reinvestment Associates, Inc. v. First Union National Bank</u>, Civil Action No. 3:00 CV 0871 (CFD)

41. NASD Award, Arbitration Case No. 02-00427

42. First Amended Complaint, dated April 10, 2003

Defendant reserves the right to submit additional exhibits to rebut Plaintiff's testimony and/or exhibits.