# EXHIBIT A

### John Robacynski

| | |
|---|---|
| **From:** | Finn, Thomas J. [TFinn@McCarter.com] |
| **Sent:** | Thursday, August 11, 2005 3:54 PM |
| **To:** | John Robacynski |
| **Cc:** | Cedillo, Paula |
| **Subject:** | RE: Greystone v. Berean |

Dear John:

    Berean Capital and Jackson Securities have not merged, and Berean Capital still exists as an separate entity. Dudley Brown is now an additional owner of Jackson Securities. Please contact me if you would like to further discuss the matter. Thank you, Tom


Thomas J. Finn
Partner
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut  06103-3495
860.275.6700
860.275.7002 Direct
860.724.3397 Facsimile
860.560.5991 Direct Facsimile
www.mccarter.com

> -----Original Message-----
> **From:** John Robacynski [mailto:johnr@gersten-clifford.com]
> **Sent:** Tuesday, July 19, 2005 12:20 PM
> **To:** Cedillo, Paula
> **Cc:** Finn, Thomas J.
> **Subject:** RE: Greystone v. Berean
>
> Tom/Paula,
>
> We note that Berean Capital and Jackson Securities have merged to create one of the largest minority-owned investment banks in the country. Can you provide the details do that we may determine whether we need to add/substitute a party as successor in interest for purposes of our suit.
>
> Thanks,
>
> JohnR

-----Original Message-----
**From:** Cedillo, Paula [mailto:PCedillo@McCarter.com]
**Sent:** Monday, July 11, 2005 3:10 PM
**To:** John Robacynski
**Cc:** Finn, Thomas J.
**Subject:** Greystone v. Berean


John -

Attached please find a Joint Motion to amend the deadlines set forth in the 26(f) report. You will see that the motion requests additional time starting about four months from now. Upon your review, let me know if you agree with the dates and hopefully we can file something with the Court soon. Give me a call if you have any questions.

Thanks,
Paula
<<HARTFORD-643696-v1-Berean - Mot Ext Scheduling order deadlines.DOC>>



Paula Cruz Cedillo, Esq.
McCarter & English LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103
860.275.7118
860.560.5934 Facsimile
www.mccarter.com


This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.


This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s)and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email(or helpdesk@mccarter.com) and destroy all copies of the original message.

8/7/2007