# EXHIBIT B



**BrokerCheck Report**

# DUDLEY BROWN JR

CRD# 1344090

Report #18874-83142 generated on Tuesday, August 07, 2007.

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 4 |
| Registration and Employment History | 5 |
| Disclosure of Customer Disputes, Disciplinary, and Regulatory Events | 6 - 17 |
| About this BrokerCheck Report | 18 |

**FIΠRa**

**Dear Investor:**

FINRA has generated the following BrokerCheck report for **DUDLEY BROWN JR.** The information contained within this report has been provided by a FINRA brokerage firm(s) and securities regulators as part of the securities industry's registration and licensing process and represents the most current information reported to the Central Registration Depository (CRD®).

FINRA regulates the securities markets for the ultimate benefit and protection of the investor. FINRA believes the general public should have access to information that will help them determine whether to conduct, or continue to conduct, business with a FINRA member. To that end, FINRA has adopted a public disclosure policy to make certain types of information available to you. Examples of information FINRA provides include: regulatory actions, investment-related civil suits, customer disputes that contain allegations of sales practice violations against brokers, all felony charges and convictions, misdemeanor charges and convictions relating to securities violations, and financial events such as bankruptcies, compromises with creditors, judgments, and liens.

When evaluating this report, please keep in mind that it may include items that involve pending actions or allegations that may be contested and have not been resolved or proven. Such items may, in the end, be withdrawn or dismissed, or resolved in favor of the individual broker, or concluded through a negotiated settlement with no admission or finding of wrongdoing.

The information in this report is not the only resource you should consult. FINRA recommends that you learn as much as possible about the individual broker or firm from other sources, such as professional references, local consumer and investment groups, or friends and family members who already have established investment business relationships.

FINRA BrokerCheck is governed by federal law, Securities and Exchange Commission (SEC) regulations and FINRA rules approved by the SEC. State disclosure programs are governed by state law, and may provide additional information on brokers licensed by the state. Therefore, you should also consider requesting information from your state securities regulator. Refer to www.nasaa.org for a complete list of state securities regulators.

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck



User Guidance

# FINRA

# DUDLEY BROWN JR

CRD# 1344090

## Currently employed by and registered with the following FINRA firms:

**BEREAN CAPITAL INCORPORATED**
300 S. WACKER DRIVE
SUITE 2450
CHICAGO, IL 60606
CRD# 24915
Registered since: 06/1991

**JACKSON SECURITIES LLC**
HERNDON PLAZA
100 AUBURN AVENUE
ATLANTA, GA 30303-6801
CRD# 19997
Registered since: 06/2005

# Report Summary for this Broker

The report summary provides an overview of the broker's professional background and conduct. The individual broker, a FINRA-registered firm(s), and/or securities regulator(s) have provided the information contained in this report as part of the securities industry's registration and licensing process. The information contained in this report was last updated by either the broker, a previous employing brokerage firm, or a securities regulator on 01/18/2007.

## Broker Qualifications

**This broker is registered with:**

• 1 Self-Regulatory Organization
• 13 U.S. states and territories

Is this broker currently suspended or inactive with any regulator? No

**This broker has passed:**

• 2 Principal/Supervisory Exams
• 2 General Industry/Product Exams
• 1 State Securities Law Exam

## Registration and Employment History

This broker was previously registered with the following FINRA firms:

**ROBERT W. BAIRD & CO. INCORPORATED**
CRD# 8158
MILWAUKEE, WI
02/1991 - 05/1991

**MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**
CRD# 7691
NEW YORK, NY
03/1985 - 02/1991

For additional registration and employment history details as reported by the broker, refer to the Registration and Employment History section of this report.

## Disclosure of Customer Disputes, Disciplinary, and Regulatory Events

This section includes details regarding disclosure events reported by or about this broker to CRD as part of the securities industry registration and licensing process. Examples of such disclosure events include formal investigations and disciplinary actions initiated by regulators, customer disputes, certain criminal charges and/or convictions, as well as financial disclosures, such as bankruptcies and unpaid judgments or liens.

Are there events disclosed about this broker? Yes

The following types of disclosures were reported:

Regulatory Event

Customer Dispute

©2007 FINRA. All rights reserved.    Report# 18874-83142 generated on Tuesday, August 07, 2007 about DUDLEY BROWN JR

www.finra.org/brokercheck

# FINRA

## Broker Qualifications

### Registrations

This section provides the SROs, states and U.S. territories the broker is currently registered and licensed with, the category of each registration, and the date on which the registration status became effective.

This individual is currently registered with 1 SRO and is licensed in 13 U.S. states and territories through his or her employer.

### Employment 1 of 2

Firm Name: **BEREAN CAPITAL INCORPORATED**
Firm Location: **CHICAGO, IL**
Firm CRD#: **24915**

| SRO | Category | Status | Date |
|-----|----------|--------|------|
| NASD | General Securities Principal | APPROVED | 07/22/1991 |
| NASD | General Securities Representative | APPROVED | 06/18/1991 |
| NASD | Municipal Securities Principal | APPROVED | 09/26/1994 |
| NASD | Municipal Securities Representative | APPROVED | 07/11/1994 |

| U.S. State/ Territory | Category | Status | Date |
|-----|----------|--------|------|
| Illinois | Agent | APPROVED | 06/18/1991 |
| Texas | Agent | APPROVED | 12/12/2001 |

### Employment 2 of 2

Firm Name: **JACKSON SECURITIES LLC**
Firm Location: **ATLANTA, GA**
Firm CRD#: **19897**

| SRO | Category | Status | Date |
|-----|----------|--------|------|
| NASD | General Securities Principal | APPROVED | 06/03/2005 |
| NASD | General Securities Representative | APPROVED | 06/03/2005 |
| NASD | Municipal Securities Principal | APPROVED | 06/03/2005 |
| NASD | Municipal Securities Representative | APPROVED | 06/03/2005 |

©2007 FINRA. All rights reserved.    Report# 18874-83142 generated on Tuesday, August 07, 2007 about DUDLEY BROWN JR



User Guidance

www.finra.org/brokercheck

# Broker Qualifications

## Employment 2 of 2, continued

| U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|
| District of Columbia | Agent | APPROVED | 06/14/2005 |
| Florida | Agent | APPROVED | 06/22/2005 |
| Georgia | Agent | APPROVED | 06/06/2005 |
| Illinois | Agent | APPROVED | 06/03/2005 |
| Indiana | Agent | APPROVED | 06/03/2005 |
| Kentucky | Agent | APPROVED | 06/06/2005 |
| Louisiana | Agent | APPROVED | 06/06/2005 |
| Massachusetts | Agent | APPROVED | 06/09/2005 |
| Mississippi | Agent | APPROVED | 06/13/2005 |
| Missouri | Agent | APPROVED | 07/05/2005 |
| Ohio | Agent | APPROVED | 06/15/2005 |
| Texas | Agent | APPROVED | 06/27/2005 |
| Wisconsin | Agent | APPROVED | 06/06/2005 |

©2007 FINRA. All rights reserved.   Report# 18874-83142 generated on Tuesday, August 07, 2007 about DUDLEY BROWN JR



# Broker Qualifications

## Industry Exams this Broker has Passed

This section includes all current principal/supervisory, general product/industry, and/or state securities law exams that the broker has passed. Under certain, limited circumstances, a broker may receive a waiver of an exam requirement based on a combination of previous exams passed and qualifying work experience. Likewise, a new exam requirement may be grandfathered based on a broker's specific qualifying work experience. Information regarding instances of exam waivers or the grandfathering of an exam requirement are not included as part of the BrokerCheck report.

**This individual has passed 2 principal/supervisory exams, 2 general industry/product exams, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|---|---|---|
| General Securities Principal Examination | Series 24 | 07/20/1991 |
| Municipal Securities Principal Examination | Series 53 | 09/22/1994 |

### General Industry/Product Exams

| Exam | Category | Date |
|---|---|---|
| National Commodity Futures Examination | Series 3 | 05/22/1992 |
| General Securities Representative Examination | Series 7 | 03/16/1985 |

### State Securities Law Exams

| Exam | Category | Date |
|---|---|---|
| Uniform Securities Agent State Law Examination | Series 63 | 04/24/1985 |

Additional information about the securities industry's qualifications and continuing education requirements, as well as the examinations administered by FINRA to brokers and other securities professionals can be found at http://www.finra.org/brokerqualifications/.

©2007 FINRA. All rights reserved.     Report# 18874-83142 generated on Tuesday, August 07, 2007 about DUDLEY BROWN JR

www.finra.org/brokercheck

User Guidance

FINIA

## Registration and Employment History

### Previously Registered with the Following FINRA Firms

FINRA records show this broker previously held FINRA registrations with the following firms: (Note: Because of constraints surrounding data conversion when FINRA transitioned to Web CRD in August 1999, certain registrations (those not part of a person's 10-year history at the time of conversion) will not appear here.)

| Registration Dates | Firm Name | CRD# | Firm Location |
|---|---|---|---|
| 02/1991 - 05/1991 | ROBERT W. BAIRD & CO. INCORPORATED | 8158 | MILWAUKEE, WI |
| 03/1985 - 02/1991 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | NEW YORK, NY |

### Employment History

This section provides up to 10 years of a broker's employment history as reported by the individual broker, and includes all securities and non-securities related employment, full and part-time work, self-employment, military service, unemployment, and full-time education. Please note that this information is not updated after an individual ceases to be registered with a FINRA firm.

| Employment Dates | Employer Name | Employer Location |
|---|---|---|
| 06/2005 - Present | JACKSON SECURITIES LLC | CHICAGO, IL |
| 05/1991 - Present | BEREAN CAPITAL INCORPORATED | CHICAGO, IL |

### Affiliations

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

I AM PRESIDENT AND OWNER OF BEREAN PROPERTIES LLC LOCATED AT 300 S. WACKER, SUITE 2450, CHICAGO, IL 60606. IT IS AN INVESTMENT RELATED BUSINESS WHICH DEVELOPS REAL ESTATE. THE ENTITY WAS FORMED IN 5/01 AND THERE IS MINIMAL OPERATIONS. I CURRENTLY SPEND 1 HR A MONTH ON THE BUSINESS.

©2007 FINRA. All rights reserved.    Report# 18874-83142 generated on Tuesday, August 07, 2007 about DUDLEY BROWN JR

www.finra.org/brokercheck



User Guidance

# Disclosure of Customer Disputes, Disciplinary, and Regulatory Events

**What you should know and/or consider regarding any reported disclosure events:**

- Before reaching a conclusion regarding any of the reported disclosure information contained in your BrokerCheck report, you should ask the broker to clarify the specific event(s) listed, or to provide a response to any questions you may have.
- "Pending" actions involve unproven and/or unsubstantiated allegations.

**Disclosures in BrokerCheck reports come from different sources:**

- **Self-disclosure:** Brokers are required to answer a series of questions on their application requesting securities industry registration (commonly referred to as "Form U4"). For example, brokers are asked whether they have been involved in certain regulatory, civil, criminal and financial matters (e.g., bankruptcy), or been the subject of a customer dispute.
- **Regulator/Employer postings:** In addition, regulators and firms that have employed a broker also may contribute relevant information about such matters. All of this information is maintained in the CRD system.

**Certain thresholds must be met before an event is reported to the CRD; for example:**

- A law enforcement agency must file formal charges before a broker is required to report a particular criminal event.
- Likewise, **a regulatory agency** must meet established standards before initiating a regulatory action and/or issuing sanctions. These standards typically include a reasonable basis for initiating the action after engaging in a fact-finding process.

**In order for a *customer* dispute to be reported to the CRD, a customer must:**

- Allege that their broker engaged in activity that violates certain rules or conduct governing the industry; and
- Claim damages of $5,000 or more as a result of that activity.
(Note: customer disputes may be more subjective in nature than a criminal or regulatory action)

**Certain customer disputes contained in your BrokerCheck report may no longer be required to be reported by the broker on Form U4.**

- Generally, these will be written complaints that were initiated more than two years ago. Once an event is not required to be reported, a broker has no obligation to update the matter.

**What you should consider when evaluating the status or disposition of a reported disclosure event:**

- Disclosure events may be *pending, on appeal, or final*. *Pending and 'on appeal'* matters reflect allegations that (1) have not been proven or formally adjudicated, or (2) have been adjudicated but are currently being appealed. *Final* matters generally may be *adjudicated, settled or otherwise resolved*.
  - An *adjudicated matter* includes a disposition by (1) a court of law in a criminal or civil matter or (2) an administrative panel in an action brought by a regulator that is contested by the party charged with some alleged wrongdoing.

 Possible multiple reporting sources -- please note:

Disclosure event details may be reported by more than one source (i.e., regulator, firm, or broker). When this occurs, all versions of the reported event will appear in the individual's BrokerCheck report. The different versions of the same reported disclosure event are separated by a solid line with the reporting source clearly labeled.

6

©2007 FINRA. All rights reserved.    Report# 18874-83142 generated on Tuesday, August 07, 2007 about DUDLEY BROWN JR

www.finra.org/brokercheck

User Guidance

**FINLa**

- A **settled matter** generally represents a disposition wherein parties involved in a dispute reach an agreement that resolves the matter.
(Note: brokers may choose to settle customer disputes or regulatory matters for business or other reasons)
- Customer disputes also may be **resolved** without any payment to the customer or any finding of wrongdoing on the part of the broker.

|  | Pending | Final | On Appeal |
|---|---|---|---|
| Regulatory Event | 0 | 3 | 0 |
| Customer Dispute | 0 | 1 | N/A |

©2007 FINRA. All rights reserved.    Report# 18874-83142 generated on Tuesday, August 07, 2007 about DUDLEY BROWN JR

7



www.finra.org/brokercheck

User Guidance

FINRA

8

## Disclosure Event Details

When evaluating this information, please keep in mind that a number of items may involve pending actions or allegations that may be contested and have not been resolved or proven. The items may, in the end, be withdrawn or dismissed, or resolved in favor of the individual broker, or concluded through a negotiated settlement for certain business reasons (e.g., to maintain customer relationships or to limit the litigation costs associated with disputing the allegations) with no admission or finding of wrongdoing.

This report provides the information exactly as it was reported to CRD by the broker, previous employing brokerage firm(s), and/or by securities industry regulators. Some of the specific data fields contained in this section of the report may be blank if the information was not provided to CRD.

### Regulatory - Final

This section provides information regarding a final, regulatory action as reported by the broker, a previous employing brokerage firm, and/or a securities regulator to CRD as part of the securities industry registration and licensing process. The event may include a final, formal proceeding initiated by a regulatory authority (e.g., a state securities agency, a self-regulatory organization, a federal regulator such as the U.S. Securities and Exchange Commission (SEC) or the Commodities Futures Trading Commission (CFTC), or a foreign financial regulatory body) for a violation of investment-related rules or regulations. In addition, a revocation or suspension of a broker's authority to act as an attorney, accountant or federal contractor, if any, will appear here.

**Disclosure 1 of 3**

| | |
|---|---|
| Reporting Source: | Regulator |
| Regulatory Action Initiated By: | NASD |
| Principal Sanction(s)/Relief Sought: | |
| Other Sanction(s)/Relief Sought: | |
| Date Initiated: | 12/27/2005 |
| Docket/Case Number: | E8A2004001301 |
| Employing firm when activity occurred which led to the regulatory action: | BEREAN CAPITAL, INC. |
| Principal Product Type: | Debt - Municipal |
| Other Product Type(s): | |
| Allegations: | SEC REGULATION AC, MSRB RULE G-14, MSRB RULE G-37(B)(I), MSRB RULE G-37(E)(I), MSRB RULE G-8, MSRB RULE G-27, NASD CONDUCT RULES 2711, 2711(H), 2711(F)5, 2711(I), 3010 AND 2110-A MEMBER FIRM, |

©2007 FINRA. All rights reserved.    Report# 18874-83142 generated on Tuesday, August 07, 2007 about DUDLEY BROWN JR

User Guidance

FINRA

9

ACTING THOROUGH BROWN, EXECUTED CUSTOMER TRANSACTIONS WHICH CONTAINED REPORTING DEFICIENCIES THAT INCLUDED TRANSACTIONS REPORTED LATE, REPORTED WITH INACCURATE TIMES, REPORTED WITH NO TIME, OR NOT REPORTED AT ALL. THE FINDINGS STATED THAT A MEMBER FIRM, ACTING THROUGH BROWN, ENGAGED IN MUNICIPAL SECURITIES BUSINESS WITH AN ISSUER WITHIN TWO YEARS AFTER CONTRIBUTION MADE BY A MUNICIPAL FINANCE PROFESSIONAL OF THE FIRM TO AN OFFICIAL OF THAT ISSUER. THE FINDINGS ALSO STATED THAT A MEMBER FIRM, ACTING THROUGH BROWN, FAILED TO FILE MSRB FORMS G37/38 TO DISCLOSE CERTAIN POLITICAL CONTRIBUTIONS AND THE FIRM'S PARTICIPATION IN A CITY OF CHICAGO NEGOTIATED MUNICIPAL UNDERWRITING FOR THE QUARTER ENDING SEPTEMBER 30, 2002. NASD FOUND THAT A MEMBER FIRM, ACTING THROUGH BROWN, FAILED TO PREPARE AND MAINTAIN ACCURATE ORDER MEMORANDA FOR TRANSACTIONS. THE FINDINGS FURTHER STATED THAT A MEMBER FIRM, ACTING THROUGH BROWN, FAILED TO IMPLEMENT OR ENFORCE ITS WRITTEN SUPERVISORY PROCEDURES THAT PROHIBITED THE FIRM FROM ENGAGING IN MUNICIPAL BUSINESS WITH AN ISSUER WITHIN TWO YEARS AFTER CONTRIBUTIONS BY THE FIRM, OR ANY MUNICIPAL FINANCE PROFESSIONAL, TO AN OFFICIAL OF THE ISSUER, AND FAILED TO ENFORCE ITS WRITTEN SUPERVISORY PROCEDURES FOR THE ACCURATE AND TIMELY FILING OF FORMS G-37. IN ADDITION, THE FINDINGS STATED THAT A MEMBER FIRM, ACTING THROUGH BROWN, PUBLISHED RESEARCH REPORTS THAT DID NOT CONTAIN MANDATORY DISCLOSURES. NASD ALSO FOUND THAT A MEMBER FIRM, ACTING THROUGH BROWN, FAILED TO PREPARE AND MAINTAIN RECORDS OF THE PUBLIC APPEARANCE OF A RESEARCH ANALYST AND THE FIRM FAILED TO PROVIDE NOTICE OF TERMINATION OF COVERAGE AND FAILED TO MAKE AVAILABLE A FINAL RESEARCH REPORT ON COMPANIES THAT ITS RESEARCH ANALYSTS COVERED.

**Current Status:** Final

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 12/27/2005

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Censure
Monetary/Fine $100,000.00

**Other Sanctions Ordered:**

©2007 FINRA. All rights reserved.    Report# 18874-83142 generated on Tuesday, August 07, 2007 about DUDLEY BROWN JR

www.finra.org/brokercheck

www.finra.org/brokercheck

User Guidance

FINRA

10

**Sanction Details:** WITHOUT ADMITTING OR DENYING THE ALLEGATIONS, RESPONDENT BROWN CONSENTED TO THE DESCRIBED SANCTIONS AND TO THE ENTRY OF FINDINGS; THEREFORE, HE IS CENSURED AND FINED $100,000, JOINTLY AND SEVERALLY.

**Summary:** NASD ALSO FOUND THAT A MEMBER FIRM, ACTING THROUGH BROWN, FAILED TO PREPARE AND MAINTAIN, AND TO ENFORCE ITS WRITTEN SUPERVISORY PROCEDURES. THE FINDINGS ALSO STATED THAT A MEMBER FIRM, ACTING THROUGH BROWN, FAILED TO PROMPTLY NOTIFY NASD IN WRITING THAT A RESEARCH ANALYST DID NOT PROVIDE THE REQUIRED ANALYST CERTIFICATION IN CONNECTION WITH TWO PUBLIC APPEARANCES.

**Reporting Source:** Broker

**Regulatory Action Initiated By:** NATIONAL ASSOCIATION OF SECURITY DEALERS

**Principal Sanction(s)/Relief Sought:** Civil and Administrative Penalt(ies) /Fine(s)

**Other Sanction(s)/Relief Sought:** CENSURE AND JOINT AND SEVERAL FINE WITH THE FIRM BEREAN CAPITAL TOTALING $100,000

**Date Initiated:** 08/05/2005

**Docket/Case Number:** E8A2004001301

**Employing firm when activity occurred which led to the regulatory action:** BEREAN CAPITAL

**Principal Product Type:** Debt - Municipal

**Other Product Type(s):** RESEARCH

**Allegations:** FAILURE TO PROVIDE ADEQUATE RESEARCH DISCLOSURE AND FOLLOW OTHER RESEARCH REGULATIONS, INCOMPLETE G-37 REPORTING OF POLITICAL CONTRIBUTIONS, INACCURATE ORDER MEMORANDA FOR MUNICIPAL SECURITIES, INACCURATE REPORTING OF MUNICIPAL TRADES TO THE MSRB, VIOLATION OF MSRB RULE G-37 THAT THE FIRM PARTICIPATED IN A MUNICIPAL UNDERWRITING 22 MONTHS AFTER A $500 CONTRIBUTION WAS MADE TO AN ISSUERS OFFICIAL, FAILURE TO ENFORCE SUPERVISORY PROCEDURES REGARDING MSRB G-14 MUNICIPAL TRANSACTION REPORTING & MSRB G-37 POLITICAL CONTRIBUTIONS.

**Current Status:** Final

©2007 FINRA. All rights reserved.　Report# 18874-83142 generated on Tuesday, August 07, 2007 about DUDLEY BROWN JR

www.finra.org/brokercheck



User Guidance

11

| | |
|---|---|
| **Resolution:** | Acceptance, Waiver & Consent(AWC) |
| **Resolution Date:** | 12/27/2005 |
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $100,000.00 |
| **Other Sanctions Ordered:** | NONE |
| **Sanction Details:** | FINE WAS PAID BY BEREAN CAPITAL ON 1/12/2006. |
| **Summary:** | HAVING WORKED OVER 20 YEARS IN THE SECURITIES INDUSTRY, I HAVE A VESTED INTEREST IN MEETING ALL REGULATORY REQUIREMENTS, TO ELIMINATE ANY POTENTIAL CONFLICTS OF INTEREST & INADVERTENT PROBLEMS, I HAVE CEASED MAKING POLITICAL CONTRIBUTIONS. I HAVE MERGED MOST OF BEREAN CAPITAL INTO JACKSON SECURITIES TO DRAW FROM THE BUSINESS STRENGTHS OF BOTH FIRMS. JACKSON'S STRONG COMPLIANCE STRUCTURE WILL HELP ENSURE COMPLIANCE WITH THE MULTITUDE OF REGULATIONS. BEREAN CAPITAL NOW OPERATES AS A $5000 BROKER/DEALER WITH LIMITED ACTIVITIES. |

| **Disclosure 2 of 3** | |
|---|---|
| **Reporting Source:** | Regulator |
| **Regulatory Action Initiated By:** | NASD |
| **Principal Sanction(s)/Relief Sought:** | |
| **Other Sanction(s)/Relief Sought:** | |
| **Date Initiated:** | 08/13/2004 |
| **Docket/Case Number:** | C8A040072 |
| **Employing firm when activity occurred which led to the regulatory action:** | BEREAN CAPITAL INCORPORATED |
| **Principal Product Type:** | Debt - Municipal |
| **Other Product Type(s):** | |
| **Allegations:** | NASD CONDUCT RULES 1017, 2110, 3010(B) AND MSRB RULE G-27(C) - DUDLEY BROWN JR, ACTING THROUGH HIS MEMBER FIRM OPENED FIVE BRANCH OFFICES, WHICH BASED ON NASD IM-1011-1 CONSTITUTES A "MATERIAL CHANGE IN BUSINESS OPERATIONS," WHILE FAILING TO FILE AN APPLICATION FOR APPROVAL WITH THE APPROPRIATE NASD |

©2007 FINRA, All rights reserved.    Report# 18874-83142 generated on Tuesday, August 07, 2007 about DUDLEY BROWN JR

www.finra.org/brokercheck

User Guidance

FINrA

12

| | |
|---|---|
| Current Status: | Final |
| Resolution: | Acceptance, Waiver & Consent(AWC) |
| Resolution Date: | 08/13/2004 |
| Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct? | No |
| Sanctions Ordered: | Monetary/Fine $3,500.00 |
| Other Sanctions Ordered: | |
| Sanction Details: | WITHOUT ADMITTING OR DENYING THE ALLEGATIONS, DUDLEY BROWN JR. CONSENTED TO THE DESCRIBED SANCTION AND TO THE ENTRY OF FINDINGS; THEREFORE, HE IS FINED JOINTLY AND SEVERALLY IN THE AMOUNT OF $3,500. |

DISTRICT OFFICE. BROWN ENGAGED IN THE BUSINESS ACTIVITIES OF STRUCTURING PRIMARY OFFERINGS AND THE DISTRIBUTION OF MUNICIPAL SECURITIES WHILE FAILING TO ESTABLISH, MAINTAIN AND ENFORCE ADEQUATE WRITTEN SUPERVISORY PROCEDURES.

| | |
|---|---|
| Reporting Source: | Broker |
| Regulatory Action Initiated By: | NASD REGULATIONS |
| Principal Sanction(s)/Relief Sought: | Civil and Administrative Penalt(ies) /Fine(s) |
| Other Sanction(s)/Relief Sought: | |
| Date Initiated: | 08/13/2004 |
| Docket/Case Number: | C8A040072 |
| Employing firm when activity occurred which led to the regulatory action: | BEREAN CAPITAL INCORPORATED |
| Principal Product Type: | No Product |
| Other Product Type(s): | |
| Allegations: | MR. BROWN AND THE FIRM OPENED 5 BRANCH OFFICES CONSTITUTING |

©2007 FINRA. All rights reserved.   Report# 18874-83142 generated on Tuesday, August 07, 2007 about DUDLEY BROWN JR



User Guidance

www.finra.org/brokercheck

**FINRA**

13

**Current Status:** Final

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 08/13/2004

**Sanctions Ordered:** Monetary/Fine $3,500.00

**Other Sanctions Ordered:**

**Sanction Details:** TOTAL FINE OF $3500 WAS PAID BY THE FIRM BEREAN CAPITAL IN SEPT 04.

"A MATERIAL CHANGE IN BUSINESS WITHOUT NOTIFYING THE NASD." THE FIRM ENGAGED IN MUNICIPAL SECURITIES BUSINESS "WHILE FAILING TO ESTABLISH, MAINTAIN AND ENFORCE ADEQUATE WRITTEN SUPERVISORY PROCEDURES."

---

**Disclosure 3 of 3**

**Reporting Source:** Regulator

**Regulatory Action Initiated By:** NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Date Initiated:** 06/20/2002

**Docket/Case Number:** C8A020040

**Employing firm when activity occurred which led to the regulatory action:** BEREAN CAPITAL, INCORPORATED

**Principal Product Type:** No Product

**Other Product Type(s):**

**Allegations:** NASD RULES 1031 AND 2110 – WITHOUT ADMITTING OR DENYING THE ALLEGATIONS, RESPONDENT BROWN CONSENTED TO THE ENTRY OF FINDINGS THAT HE ON BEHALF OF HIS MEMBER FIRM PERMITTED AN EMPLOYEE TO BE REGISTERED AS A GENERAL SECURITIES REPRESENTATIVE WITH THE MEMBER WHILE HE WAS NOT ACTIVE IN THE MEMBER'S INVESTMENT BANKING OR SECURITIES BUSINESS, AND WAS NOT FUNCTIONING AS A REPRESENTATIVE.

**Current Status:** Final

©2007 FINRA. All rights reserved.    Report# 18874-83142 generated on Tuesday, August 07, 2007 about DUDLEY BROWN JR



14

www.finra.org/brokercheck

| | |
|---|---|
| **Resolution:** | Acceptance, Waiver & Consent(AWC) |
| **Resolution Date:** | 06/20/2002 |
| **Sanctions Ordered:** | Monetary/Fine $5,000.00 |
| **Other Sanctions Ordered:** | |
| **Sanction Details:** | FINE $5,000, JOINTLY AND SEVERALLY. |

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Regulatory Action Initiated By:** | NASD REGULATIONS, INC. |
| **Principal Sanction(s)/Relief Sought:** | Civil and Administrative Penalt(ies) /Fine(s) |
| **Other Sanction(s)/Relief Sought:** | |
| **Date Initiated:** | 06/20/2002 |
| **Docket/Case Number:** | C8A020040 |
| **Employing firm when activity occurred which led to the regulatory action:** | BEREAN CAPITAL |
| **Principal Product Type:** | No Product |
| **Other Product Type(s):** | |
| **Allegations:** | BEREAN CAPITAL AND MR. BROWN PERMITTED AN INDIVIDUAL TO BE REGISTERED AS A GENERAL SECURITIES REPRESENTATIVE WHILE HE WAS NOT FUNCTIONING IN THAT CAPACITY. |
| **Current Status:** | Final |
| **Resolution:** | Acceptance, Waiver & Consent(AWC) |
| **Resolution Date:** | 06/20/2002 |
| **Sanctions Ordered:** | Monetary/Fine $5,000.00 |
| **Other Sanctions Ordered:** | |
| **Sanction Details:** | SANCTION WAS IMPOSED JOINTLY AND SEVERALLY AGAIN. BEREAN CAPITAL AND MR. BROWN. THE FIRM PAID THE FINE IN FULL IN JULY 2002. |

©2007 FINRA. All rights reserved.    Report# 18874-83142 generated on Tuesday, August 07, 2007 about DUDLEY BROWN JR

User Guidance

**FINRA**

www.finra.org/brokercheck

## Customer Dispute - Settled

This section provides details regarding a settled customer dispute as reported by the broker, a previous employing brokerage firm, and/or a securities regulator to CRD. The event may include a consumer-initiated complaint, investment-related arbitration proceeding or civil suit that contains allegations of sale practice violations against the broker and resulted in a monetary settlement to the customer(s).

### Disclosure 1 of 1

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employing firm when activities occurred which led to the complaint:** | MERRILL LYNCH |
| **Allegations:** | UNSUITABLE RECOMMENDATIONS OF SECURITIES AND OPTIONS. INITIALLY CUSTOMER COMPLAINT ALLEGED LOSSES OF $750,000.00 REDUCED IN THE STATEMENT OF CLAIM IN ARBITRATION TO $32,837.00. |
| **Principal Product Type:** | |
| **Alleged Damages:** | $32,837.00 |

### Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | |
| **Complaint Pending?** | No |
| **Status:** | Arbitration/Reparation |
| **Status Date:** | |
| **Settlement Amount:** | $ |
| **Individual Contribution Amount:** | $ |

### Arbitration Information

| | |
|---|---|
| **Arbitration/Reparation Claim filed with and Docket/Case No.:** | New York Stock Exchange; 1991-001717 |
| **Date Notice/Process Served:** | 03/01/1990 |
| **Arbitration Pending?** | No |
| **Disposition:** | Settled |
| **Disposition Date:** | 06/03/1993 |

©2007 FINRA. All rights reserved.   Report# 18874-83142 generated on Tuesday, August 07, 2007 about DUDLEY BROWN JR

www.finra.org/brokercheck

User Guidance


**FINRA**

16

**Monetary Compensation Amount:** $22,000.00

**Individual Contribution Amount:** $

**Summary:** SETTLED FOR $22,000.00. RESPONDENT MERRILL LYNCH VEHEMENTLY DENIED THE ALLEGATIONS BOTH IN THE CUSTOMER COMPLAINT AND THE STATEMENT OF CLAIM. IT WAS AND STILL IS RESPONDENT'S POSITION THAT THE TRADING WAS INITIATED BY THE CLAIMANT BUT THE MATTER WAS SETTLED TO AVOID THE EXPENSE AND UNCERTAINTIES OF LITIGATION.

**Reporting Source:** Broker

**Employing firm when activities occurred which led to the complaint:** MERRILL LYNCH

**Allegations:** UNSUITABLE RECOMMENDATIONS OF SECURITIES AND OPTIONS. INITIALLY, CUSTOMER COMPLAINT ALLEGED LOSSES OF $750,000.00 REDUCED IN THE STATEMENT OF CLAIM IN ARBITRATION TO $32,837.00.

**Principal Product Type:**

**Alleged Damages:** $32,837.00

**Customer Complaint Information**

**Date Complaint Received:**

**Complaint Pending?** No

**Status:** Arbitration/Reparation

**Status Date:**

**Settlement Amount:** $

**Individual Contribution Amount:** $

**Arbitration Information**

**Arbitration/Reparation Claim filed with and Docket/Case No.:** New York Stock Exchange; 1991-001717

**Date Notice/Process Served:** 03/01/1990

©2007 FINRA. All rights reserved.    Report# 18874-83142 generated on Tuesday, August 07, 2007 about DUDLEY BROWN JR

User Guidance

www.finra.org/brokercheck

FINra

17

**Arbitration Pending?**           No

**Disposition:**                   Settled

**Disposition Date:**              06/03/1993

**Monetary Compensation**          $22,000.00
**Amount:**

**Individual Contribution**        $
**Amount:**

**Summary:**                       SETTLED FOR $22,000.00.
                                   MERRILL LYNCH AND I VEHEMENTLY DENIED THE
                                   ALLEGATIONS BOTH IN THE CUSTOMER COMPLAINT AND THE STATEMENT
                                   OF
                                   CLAIM. IT WAS AND STILL IS POSITIONED THAT THE TRADING WAS
                                   INITIATED BY THE CLAIMANT BUT THE MATTER WAS SETTLED TO AVOID
                                   THE EXPENSE AND UNCERTAINTIES OF LITIGATION.

©2007 FINRA. All rights reserved.    Report# 18874-83142 generated on Tuesday, August 07, 2007 about DUDLEY BROWN JR

User Guidance

# FINTA

18

## About this BrokerCheck Report

BrokerCheck reports are part of a FINRA initiative to disclose information about FINRA-registered firms and brokers to help investors determine whether to conduct, or continue to conduct, business with these firms and brokers. The information contained within these reports is collected through the securities industry's registration and licensing process.

## Who provides the Information in BrokerCheck?

Information made available through FINRA BrokerCheck is derived from the Central Registration Depository (CRD®) as reported on the industry registration and licensing forms brokerage firms and brokers are required to complete.

The forms used by brokerage firms, Forms BD and BDW, are established by the Securities and Exchange Commission (SEC) and adopted by all state securities regulators and self-regulatory organizations (SROs). FINRA and the North American Securities Administrators Association (NASAA) establish the Forms U4 and U5, the forms that collect broker information. Regulators provide information via Form U6, which is used primarily to report certain history about brokerage firms and brokers. These forms are approved by the SEC.

## How current is the information contained in BrokerCheck?

Brokerage firms and brokers are required to keep this information accurate and up-to-date (updates typically are required not later than 30 days after the broker/brokerage firm learns of an event). The report data is updated when a firm, broker, or regulator submits new or revised information to CRD. Generally, updated information is available on BrokerCheck Monday through Friday.

## What information is NOT disclosed through BrokerCheck?

Information that has not been reported to the CRD system, or that is not required to be reported, is not disclosed through FINRA BrokerCheck. Examples of events that are not required to be reported or are no longer reportable include: judgments and liens originally reported as pending that subsequently have been satisfied and bankruptcy proceedings filed more than 10 years ago. Conversely, certain customer complaint information that is not required to be reported may be disclosed provided certain criteria are met.

Additional information not disclosed through BrokerCheck includes Social Security Numbers, residential history information, and physical description information. On a case-by-case basis, FINRA reserves the right to exclude information that contains confidential customer information, offensive and potentially defamatory language or information that raises significant identity theft or privacy concerns that are not outweighed by investor protection concerns. NASD Interpretive Material 8310-2 describes in detail what information is and is not disclosed through BrokerCheck.

Under FINRA's current public disclosure policy, in certain limited circumstances, most often pursuant to a court order, information is expunged from the CRD system. Further information about expungement from the CRD system is available in NASD Notices to Members 99-09, 99-54, 01-65, and 04-16 at www.finra.org.

For further information regarding FINRA's BrokerCheck program, please visit FINRA's Web Site at www.finra.org/brokercheck or call the FINRA BrokerCheck Hotline at (800) 289-9999. The hotline is open Monday through Friday from 8 a.m. to 8 p.m., Eastern Time (ET).

For more information about the following, select the associated link:

- About BrokerCheck Reports: http://www.finra.org/brokercheck_reports
- Glossary: http://www.finra.org/brokercheck_glossary
- Questions Frequently Asked about BrokerCheck Reports: http://www.finra.org/brokercheck_faq
- Terms and Conditions: http://brokercheck.finra.org/terms.aspx

©2007 FINRA. All rights reserved.     Report# 18874-83142 generated on Tuesday, August 07, 2007 about DUDLEY BROWN JR