# EXHIBIT C






***EMBARGOED FOR RELEASE UNTIL TUESDAY, JUNE 7, 2005***

**Contact: Kandy Outlaw**
404-522-5766
info@jacksonsecurities.com

**Contact: Dudley Brown**
312-986-8200

## Jackson Securities and Berean Capital merger forms stronger minority-owned investment bank

**Atlanta, GA June 7, 2005 —** Jackson Securities LLC, a minority-owned investment banking firm headquartered in Atlanta, GA has merged with minority-owned Berean Capital, Inc. of Chicago, Illinois. The merger will result in a powerful national presence through the alignment of the two firms' complementary business line strengths and expanded geographic coverage. The merger sets the precedent for strategic consolidation amongst minority firms in the financial sector. Through this merger, Jackson Securities and Berean Capital have demonstrated a long-term commitment to growing the expanded and consolidated Firm's capabilities to service and reach its growing client base throughout the United States. Jackson Securities will announce the merger on Wednesday, June 8 at the National Association of Securities Professionals 2005 Pension Fund and Financial Services Conference in Houston, TX.

When Maynard Jackson purchased a securities firm in 1987, his vision was to grow it to become the largest, minority-owned full-service investment banking firm in the U.S. Regrettably, Maynard didn't live to see his vision in full. Two years after his untimely death, however, Jackson Securities still stands strong with President/CEO Reuben R. McDaniel, III at the helm. "Since June 2003, we've demonstrated we are committed to this business and have been able to sustain the loss of our leader, powerbroker and deal maker aficionado," said Mr. McDaniel from the Firm's Atlanta headquarters. Since June 2003, Jackson Securities has managed over $100B in municipal bond offerings and has grown its taxable fixed-income presence co-managing issues for clients such as Citigroup, Goldman Sachs, JPMorgan Chase, PSE&G and Southern Company. Additionally the firm has consistently served institutional clients with quality equity execution and strategically maintained its satellite offices in Florida and California, while the northeast office in Stamford, CT has experienced the most expansion through personnel additions to the capital markets team.

Founded in 1991 by Dudley Brown, Berean Capital has offices in Chicago, St. Louis, Dallas, Atlanta and Milwaukee. While the firm was started primarily as an institutional equity trading and research firm, Berean expanded into the municipal finance arena serving customers in Chicago, throughout the state of Illinois, Louisiana, Wisconsin and Texas. In addition to negotiated municipal transactions, Berean has participated in approximately 150 competitive financings in the past two years.

*(more)*






Mr. McDaniel and Mr. Brown began talks of merging their firms at the 2004 NASP Conference in Chicago. "In today's business environment, mergers have become a viable norm in the bulge bracket world of finance (i.e., Bank One & J P Morgan). Reuben and I asked, 'Why not in the minority and emerging firms space?'", said Mr. Brown. "We think there is value when minority firms can put the egos aside to join forces to create a more powerful engine. This merger represents a well thought-out blend of synergies that will drive our presence on a national scale to best serve the investment banking and brokerage needs of our clients," states McDaniel.

The newly structured firm will maintain the name Jackson Securities LLC. Dudley Brown will serve as Co-Chair/CEO while Reuben McDaniel, III will serve as Co-Chair/President. The two will divide areas of concentration with Brown focusing on institutional brokerage, transition trading, program trading and equity research; while McDaniel will focus on municipal finance, corporate finance, taxable fixed-income and wealth management. Both leaders agree that the merger is a natural fit, representing a very practical opportunity. McDaniel states, "While this may set a precedent of minority firms strengthening for the long term, our main concern will be to achieve seamless integration that most of all will enhance our ability to focus on and serve the most important entity in the whole transaction -- that is our clients. The combined Jackson Securities has offices in Atlanta, Chicago, Houston, Dallas, Los Angeles, Miami, Milwaukee, Oakland, St. Louis and Stamford, CT.

*(end)*