UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., | : : : | CIVIL ACTION NO. 3:02 CV 1703 (CFD) |
| Plaintiff, | : : | |
| v. | : : | |
| BEREAN CAPITAL, INC., | : : | |
| Defendant. | : | AUGUST 27, 2007 |

## MOTION FOR EXTENSION OF TIME ON CONSENT

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendant, Berean Capital, Inc. ("Berean"), respectfully requests an extension of time of seven (7) days, as computed under Rule 6(a) of the Federal Rules of Civil Procedure, in which to oppose the plaintiff's, Greystone Community Reinvestment Associates, Inc. ("Greystone"), Motion for Leave to Amend Complaint, dated August 7, 2007 ("Motion"), up to and including September 7, 2007.

As good cause for the requested extension of time, Berean submits that, despite its diligence in preparing an opposition to the Motion, the additional time is necessary to adequately address the arguments asserted therein. Berean needs the additional time requested in order to fully evaluate and analyze its response to the averments in the Motion.

This is Berean's first request for an extension of time with respect to this matter. Counsel for Greystone has consented to the requested extension.

ME1 6628456v.1

2

WHEREFORE, the defendant, Berean Capital, Inc., respectfully requests that the Court grant this Motion for Extension of Time on Consent, dated August 27, 2007, and extend the deadline for filing an opposition to Greystone's Motion for Leave to Amend Complaint, up to and including September 7, 2007.

| | |
|---|---|
| Dated: August 27, 2007<br>Hartford, Connecticut | RESPECTFULLY SUBMITTED,<br><br>THE DEFENDANT,<br>BEREAN CAPITAL, INC.<br><br><br>By:   /s/  Paula Cruz Cedillo<br>    Thomas J. Finn<br>    Federal Bar No.: ct 20929<br>    Paula Cruz Cedillo<br>    Federal Bar No.:  ct 23485<br>    McCARTER & ENGLISH LLP<br>    CityPlace I<br>    185 Asylum Street<br>    Hartford, Connecticut 06103<br>    Tel: 860.275.6700<br>    Fax: 860.724.3397 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of August, 2007 a copy of the foregoing Motion for Extension of Time on Consent was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                /s/ Paula Cruz Cedillo
                                Paula Cruz Cedillo