UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., | : : : | CIVIL ACTION NO.: 3:02 CV 1703 (CFD) |
| Plaintiff, | : : | |
| v. | : : | |
| BEREAN CAPITAL, INC., | : : | |
| Defendant. | : | SEPTEMBER 6, 2007 |

## AFFIDAVIT OF DUDLEY BROWN, JR. IN SUPPORT OF OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT

I, Dudley Brown, Jr., of full age, having been duly sworn according to law, hereby depose and say:

1. I am the President and Chief Executive Officer of Berean Capital, Inc. ("Berean"), the defendant in the above-captioned action. I submit this Affidavit in support of Berean's Opposition to Motion for Leave to Amend the Complaint, dated September 7, 2007 ("Opposition").

2. Jackson Securities LLC ("Jackson Securities") is an investment banking firm headquartered in Atlanta, Georgia.

3. In 2005, I became a fifty-percent shareholder in Jackson Securities. I remain the sole owner and principal of Berean.

4. At the time, Berean contributed minimal assets such as furnishings and other similar office equipment to Jackson Securities in order to assist in the establishment of Jackson

ME1 6697460v.1

Securities' Chicago office. In consideration for the contribution, Jackson Securities agreed to pay certain current liabilities of Berean incurred out of the day-to-day operations, not to exceed a certain sum. However, Jackson Securities did not assume any of Berean's ongoing business liabilities.

5.   There was never a merger or consolidation between Berean and Jackson Securities.

6.   Berean and Jackson Securities currently exist and conduct business as separate and distinct legal entities.

7.   On or about June 7, 2005, Jackson Securities issued a press release concerning the alignment of and merger of resources between Berean and Jackson Securities in the financial investment marketplace. The assertions set forth therein and in statements found in the Broker Check Report concerning a "merger" of the two entities were not made in the legal sense of the term, but rather for marketing purposes.

ME1 6697460v.1

Dated: September 6, 2007

                                                      _____
                                                      Dudley Brown, Jr.
                                                      President and
                                                      Chief Executive Officer
                                                      Berean Capital, Inc.

STATE OF ILLINOIS                                     :

COUNTY OF  COOK                                  :

    Then and there personally appeared Dudley Brown, Jr. who subscribed the foregoing Affidavit and who swore to the truth of the statements contained therein before me, the undersigned authority, on this 6th day of September, 2007.

OFFICIAL SEAL
BRENT D. GRIFFIN
Notary Public - State of Illinois
My Commission Expires Feb 07, 2011

                                                _____
                                                Notary Public
                                                My Commission Expires: 2/7/2011

ME1 6697460v.1