# EXHIBIT A

blackenterprise.com                                                                                           Page 1 of 1





Jackson Securities Grows With Merger
Union with Chicago-based Berean Capital combines business line strengths and provides greater geographic coverage
By Philana Patterson

Following a trend of expansion moves by other BE INVESTMENT BANKS, Jackson Securities L.L.C. (No. 7 on the BE INVESTMENT BANKS list with $36.4 billion in total managed issues) has followed suit, merging with Berean Capital Inc., in an effort to create a stronger firm with greater geographic coverage.

Announced Wednesday, the combined firm, which will maintain the Jackson Securities name, plans to capitalize on Jackson Securities' expertise in municipal bonds with clients on the East Coast and in California and on Berean's strength in institutional brokerage and research services, which is derived mostly from Midwestern and Southern states such as Illinois, Wisconsin, Louisiana, and Texas.

"What we're trying to do is build an institution that will stand the test of time and will continue to thrive if something happens to, God forbid, one of us or both of us," says Dudley Brown Jr., co-chair and chief executive officer of the combined firm. Reuben McDaniel III, who has been president and CEO at Jackson Securities since 1999, will serve as co-chairman and president of the combined firm. Jackson Securities was founded by former Atlanta Mayor Maynard H. Jackson, who died in 2003. Brown founded Berean in 1991.



The union is another example of minority-owned firms' recent expansion activity. Earlier this year, Cleveland-based SBK-Brooks Investment Corp. (No. 8 on the BE INVESTMENT BANKS list with $14.5 billion in total managed issues) opened a New York office staffed largely by former employees of Ormes Capital Markets Inc., which went out of business in December following the death of founder David Ormes in June 2004. M.R. Beal & Co. of New York (No. 6 on the BE INVESTMENT BANKS list with $45.3 billion in total managed issues) in March opened an office in Atlanta to take advantage of demand for municipal financing in the southeast.



Many of Jackson Securities and Berean's employees are familiar with one another from working on transactions together, so the integration of the two firms is expected to go smoothly and should be complete by the end of June, McDaniel says. The firm, with 40 employees, will be headquartered in Atlanta and will retain a strong presence in Chicago.

blackenterprise.com

Black Enterprise Titans of the BE 100's: Black CEOs Who Redefined and Conquered American Business

Order Now!

"There may be one or two additions to solidify the team, and we don't anticipate any layoffs," McDaniel assures. Brown and McDaniel first discussed the possibility of merging at last year's National Association of Security Professionals conference. Looking at the way other large banks were choosing to grow-such as the merger of J.P. Morgan Chase & Co. and Bank One Corp.-it didn't make sense to them for minority-owned firms not to put egos aside and form stronger companies with greater expertise in more business lines.

"Adding personnel [to grow] is very inefficient," McDaniel says, "because it takes six to nine months for them to get up and running." Both Brown and McDaniel say they would consider looking at further merger or acquisition opportunities for future expansions.

| 1 | 2 |   Next

ur World with Black nterprise wsmakers, politicians & eryday heroes with Ed ordon's Watch

ack Enterprise usiness Report all Business, Personal nance and Careers atures brought to life ch

### Jackson Securities Grows With Merger
Page 2 ...*continued from previous page*

McDaniel expects the municipal bond business to remain strong at least through the end of 2005 because municipalities continue to take advantage of low interest rates to finance infrastructure projects. While the equity markets have been unstable in 2005, the increase in trading volume over the years provides an opportunity for the institutional trading side of the business, Brown says.

"If I can capture a percent or half of a percent [of trading volume], the numbers look quite good," Brown says.

06/06/05

📇 Print this story
✉ Email this story
👍 Digg this story

Article tools sponsored by 

**FRANCHISE FINDER**

Are you an entrepreneur looking for the right opportunity?

Select Category



Contact Us   About Us   Small Business   Money   Career   Lifestyle   Events
Press Office   Manage Your Online Profile   Forgot/Lost Password   Make blackenterprise.com Your Home Page!
Media Kit   Online Advertising   Print Advertising
Copyright © 2007 Earl G. Graves, Ltd. All Rights Reserved.   Terms under which this service is provided to you.   Read our privacy guidelines.
subscribe to the RSS feed