# EXHIBIT B

Case 3:02-cv-01703-CFD    Document 114-3    Filed 09/13/2007    Page 1 of 3




| Home | Insurance | Investments | Investment Banking | Corporate Finance | News | About Us |

**Search The Site**
[ ] [Go]

**Sign In**

User ID
[          ]

Password
[          ]

[Login]

Forgot Your Password?

Contact Us

Home › Jackson Securities › Locations

**Jackson Securities Offices**



**Jackson Securities**

- Atlanta Life Venture Fund
- Public Finance
- Tax-Exempt, Underwriting, Sales and Trading
- Institutional Sales & Trading
- Corporate Syndicate
- Corporate Finance
- Wealth Management
- Research
- Management
- Locations
- News Releases
- Frequently Asked Questions
- Business Continuity Plan
- Maynard H. Jackson

**Atlanta Headquarters**
100 Auburn Ave, N.E.
Atlanta, GA 30303
404.522.5766 Phone
404.522.1221 Fax
866.888.4574 Toll Free
866.389.4466 Sales & Trading
404.522.1221 Sales & Trading Fax
404.443.2394 Public Finance Fax

**Bethesda**
8406 River Rock Terrace
Bethesda, MD 20817
301.229.4201 Phone
301.365.1369 Fax



**Chicago**
300 S. Wacker Drive
Suite 2450
Chicago, IL 60606
312.986.8200 Phone
312.986.0560 Fax
800.642.1233 Trading

**Dallas**
14001 Dallas Parkway
Suite 1200
Dallas, TX 75240
972.934.6512 Phone
972.934.6513 Fax

**Houston**
3730 Kirby Drive
Suite 1200
Houston, Texas 77046
713.963.4653 Phone
713.963.4663 Fax

Maynard H. Jackson
1938 – 2003
Former Chairman,
Jackson Securities

**Miami**
801 Brickell Avenue
Suite 934
Miami, FL 33131
305.789.6699 Phone
305.789.6619 Fax

**Milwaukee**
250 East Wisconsin Avenue
18th Floor
Milwaukee, WI 53202
414.289.7146 Phone
414.347.7877 Fax

**New York City**
1073 E. 98th Street
Brooklyn, NY 11236
718.649.5653 Phone
718.228.6307 Fax

**Sacramento**
1026 Eileen Way
Sacramento, CA 95823
916.429.0833 Phone
916.429.7942 Fax

**Stamford**
2777 Summer Street
Suite 402
Stamford, CT 06905
203.355.3660 Phone
866.533.1296 Toll Free
203.355.3674 Fax

Home | Insurance | Investments | Investment Banking | Corporate Finance | News | About Us
© 2007 Atlanta Life Financial Group. All rights reserved. Privacy Policy and Terms .