# EXHIBIT C

# ATLANTALIFE
### Financial Group



| Home | Insurance | Investments | Investment Banking | Corporate Finance | News | About Us |

**Search The Site**
[    ] [Go]

**Sign In**
User ID
[    ]
Password
[    ]
[Login]

Forgot Your Password?
Contact Us

Home › Jackson Securities › Management

**Ronald D. Brown**
President and Chief Executive Officer
Atlanta Life Financial Group

Chairman
Jackson Securities

Ronald D. Brown is President and CEO of Atlanta Life Financial Group, Inc. and Chairman of Jackson Securities. Mr. Brown joined Atlanta Life in March of 2004 as the Company's sixth President and CEO after having served as a member of its Board of Directors for two years. A businessman with unparalleled leadership qualities, Mr. Brown has more than ten years of experience at the CEO level with The Variant Group, LLC; SYNAVANT; and IMSH Strategic Technologies.

He has managed international businesses with offices in thirty-two (32) countries and is considered a global leader in Customer Relationship Management and sales force technology. Mr. Brown has worked with Dun & Bradstreet Corporation and successor companies and made his mark in building strong executive teams and corporate infrastructure, increasing profitability and managing the process of taking a company public. Mr. Brown is a Morehouse graduate and completed Columbia University's Financial Management Program.

Mr. Brown holds board appointments with Georgia Power Company, the Metro Atlanta Chamber of Commerce Board of Directors, and was recently appointed to the Chamber's Executive Committee. Additionally, Brown serves on numerous non-profit organizations, including director of the Emory Hospital Visitors Committee, and is a trustee of the African-American Experience Fund, a division of the National Park Service.



**Dudley Brown, Jr.**
Chief Executive Officer
Jackson Securities

Prior to the merger of Jackson Securities with Berean Capital, Mr. Brown headed Berean Capital from its inception in May of 1991. Mr. Brown has over 21 years of financial industry experience, some of which were spent with Merrill Lynch Pierce, Fenner & Smith, Inc.

Mr. Brown spearheaded Berean Capital's growth in both the institutional equity brokerage and municipal finance markets. The Firm's brokerage customer list is comprised of some of the best known names in asset management, servicing a customer base of over 45 institutional money managers. As an investment banker, Mr. Brown led Berean Capital in 30 successful municipal financings in which the Firm acted as co-manager with an aggregate value of $3 billion.

Mr. Brown holds a Masters of Finance degree from the Kellogg School of Management at Northwestern University and a Bachelors degree in Economics from Denison University. Mr. Brown holds Series 3, 7, 24, 54 and 63 licenses.

**Reuben R. McDaniel, III**
President
Jackson Securities

**Jackson Securities**

- Atlanta Life Venture Fund
- Public Finance
- Tax-Exempt, Underwriting, Sales and Trading
- Institutional Sales & Trading
- Corporate Syndicate
- Corporate Finance
- Wealth Management
- Research
- Management
- Locations
- News Releases
- Frequently Asked Questions
- Business Continuity Plan
- Maynard H. Jackson



Maynard H. Jackson
1938 – 2003
Former Chairman,
Jackson Securities

Reuben R. McDaniel, III, joined Jackson Securities in May, 1999, and is President of Jackson Securities. With 16 years of investment banking experience in financial management, capital markets and public finance, Mr. McDaniel is responsible for charting a new strategic direction for the firm - transforming the Firm from a regional public finance boutique into a national, institutional investment bank. Since taking the helm, Jackson Securities has sustained double-digit revenue growth and diversified revenue streams by establishing a Corporate Finance Group, an Institutional Sales and Trading Group, and Jackson Financial Products LLC.

Previously, Mr. McDaniel managed the analysis and structuring of complex financial transactions as Managing Director of Capital Markets for Llama Company in Fayetteville, AR. He developed expertise in the structuring of financial products and in the distribution, sales and trading of fixed-income securities during his tenure at Bear Stearns & Co. Inc., Dean Witter Reynolds Inc. and Walton Johnson & Company in Dallas, TX, and at the Public Utility Commission of Texas in Austin.

Mr. McDaniel takes pride in giving back to the community by serving on a number of educational boards, including: Georgia Partnership for Excellence in Education (GPEE), Southern Education Foundation, Inc., Atlanta Area Boy Scouts of America, Good Government Atlanta, Grady High School Foundation and the Georgia Perimeter College Advisory Board. He also shares his professional experience in the corporate arena by serving on the board of directors for the Bank of Atlanta, Metro Atlanta Chamber of Commerce, and PRWT Services, Inc.

Mr. McDaniel earned a BA in Economics and Math from the University of North Carolina at Charlotte and a MBA in Finance from the University of Texas. He is a NASD registered General Securities Principal (Series 24), Municipal Securities Principal (Series 53), Financial and Operations Principal (Series 27), Uniform Investment Adviser Law Examination (Series 65), and General Securities Representative (Series 7 and 63).

**W. Bruce Gow**
Chief Operating Officer & Managing Director Public Finance
Jackson Securities

W. Bruce Gow joined Jackson Securities' Public Finance Group in June 1997 as senior investment banker. In May 2001, he was promoted to Chief Operating Officer of the Firm. He is responsible for the daily operations of the Firm as well as serving as senior banker on a number of accounts and transactions.

Mr. Gow has more than 24 years of experience providing investment banking and financial consulting services to municipal bond issuers. Mr. Gow has completed over 250 municipal bond transactions totaling in excess of $20 billion for a wide variety of governmental entities and other municipal bond issuers. Before joining Jackson Securities, Mr. Gow managed the Atlanta Public Finance Departments for NationsBank, where he focused on tax-exempt bond issuers in the southeast. He began his investment-banking career in 1980 in the Public Finance Department of E.F. Hutton & Company in New York.

Mr. Gow earned a BA in Economics from the University of North Carolina at Chapel Hill. He is a NASD registered Municipal Securities Principal (Series 53), Municipal Securities Representative (Series 52), and General Securities Representative (Series 7 and 63).