UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., | : : : | CIVIL ACTION NO. 3:02-CV 1703 (CFD) |
| Plaintiff, | : : | |
| v. | : : | |
| BEREAN CAPITAL, INC., and JACKSON SECURITIES, INC., | : : : | |
| Defendants. | : | MARCH 20, 2008 |

## APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter my appearance as attorney for the Defendant, Jackson Securities, Inc., in the above-captioned action.

Dated: March 20, 2008
      Simsbury, Connecticut

                                                      THE DEFENDANTS,
                                                      BEREAN CAPITAL, INC.,
                                                      JACKSON SECURITIES, INC.

                                                      /s/ Thomas J. Finn
                                                        Thomas J. Finn
                                                        Federal Bar No.: ct 20929
                                                        Jorden Burt LLP
                                                         Suite 201
                                                         175 Powder Forest Drive
                                                         Simsbury, Connecticut 06089
                                                        Tel: 860.392.5000
                                                        Fax: 860.392.5058
                                                        tjf@jordenusa.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of March, 2008 a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ Thomas J. Finn
                                        Thomas J. Finn