UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., | : : : | CIVIL ACTION NO. 3:02-CV 1703 (CFD) |
| Plaintiff, | : : | |
| v. | : : | |
| BEREAN CAPITAL, INC., and JACKSON SECURITIES, INC., | : : : | |
| Defendants. | : | MARCH 20, 2008 |

**MOTION FOR EXTENSION OF TIME ON CONSENT**

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendants, Berean Capital, Inc., ("Berean") and Jackson Securities, Inc., ("Jackson") (collectively "Defendants") request an extension of time of thirty (30) days in which to file an answer to the plaintiff's, Greystone Community Reinvestment Associates, Inc., ("Greystone") Second Amended Complaint, dated March 7, 2008, up to and including April 30, 2008.

As good cause for the requested extension of time Defendants submit that Greystone's Second Amended Complaint adds Jackson as an additional party. Despite their diligence in preparing an answer to Greystone's Second Amended Complaint, Defendants submit that the additional time is necessary to prepare full and adequate responses to the issues raised by the Second Amended Complaint.

This is Defendants' second request for an extension of time with respect to this matter. Counsel for Greystone has consented to the requested extension.

WHEREFORE, the defendants, Berean Capital, Inc., and Jackson Securities, Inc., respectfully request that the Court grant this Motion for Extension of Time on Consent and extend the deadline for filing an answer to Greystone's Second Amended Complaint, up to and including April 30, 2008.

Dated:  March 20, 2008
        Simsbury, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANTS,
BEREAN CAPITAL, INC.,
JACKSON SECURITIES, INC.

   /s/ Thomas J. Finn
Thomas J. Finn
Federal Bar No.: ct 20929
Jorden Burt LLP
Suite 201
175 Powder Forest Drive
Simsbury, Connecticut 06089
Tel: 860.392.5000
Fax: 860.392.5058
tjf@jordenusa.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 20th day of March, 2008 a copy of the foregoing Motion for Extension of Time on Consent was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                       /s/ Thomas J. Finn
                       Thomas J. Finn