UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC. | : CIVIL ACTION NO.: 3:02 CV 1703 (CFD) : : : |
| V. | : : |
| BEREAN CAPITAL, INC., ET AL. | : APRIL 21, 2008 |

MOTION TO AMEND COMPLAINT
(With Consent)

Plaintiff, Greystone Community Reinvestment Associates, Inc. ("Greystone"), respectfully requests permission to amend the Complaint to correct a scrivener's error. Counsel for the defendants have been contacted and have consented to this amendment.

Plaintiff, therefore, respectfully requests that its motion to amend be granted.

PLAINTIFF,
GREYSTONE COMMUNITY
REINVESTMENT ASSOCIATES, INC.

By: _____
Eliot B. Gersten (ct05321)
John J. Robacynski (ct15636)
Gersten Clifford & Rome, LLP
214 Main Street
Hartford, CT 06106
Tel: (860) 527-7044
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008, a copy of the foregoing was filed electronically and served by first class mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: _____
John J. Robacynski, Esq.
Gersten Clifford & Rome, LLP
214 Main Street
Hartford, CT 06106
Telephone No.: 860-527-7044
Federal Bar # CT15636