UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 3:02-CV 1703 (CFD) |
| BEREAN CAPITAL, INC. and JACKSON SECURITIES, INC. | ) ) ) ) | |
| Defendants. | ) | April 29, 2008 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance in the above-captioned case as counsel for defendant, Jackson Securities, Inc.

I certify that I am admitted to practice in this Court.

                    BY:   /s/ Ari J. Hoffman
                            Ari J. Hoffman, Esq., Fed Bar #ct22516
                            Cohen and Wolf, P.C.
                            1115 Broad Street
                            Bridgeport, CT  06604
                            Telephone No.: (203)368-0211
                            Facsimile No.: (203)394-9901
                            Email: ahoffman@cohenandwolf.com

## CERTIFICATION OF SERVICE

    I hereby certify that on April 29, a copy of the foregoing Appearance, dated April 29, 2008, was filed electronically.

    Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

    Parties may access the foregoing filings and this Certification of Service through the Court's system.

                                                    /s/ Ari J. Hoffman
                                                       Ari J. Hoffman