UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREYSTONE COMMUNITY | : | CIVIL ACTION NO. |
| REINVESTMENT ASSOCIATES, INC., | : | 3:02-CV 1703 (CFD) |
| Plaintiff, | : | |
| v. | : | |
| BEREAN CAPITAL, INC., and | : | |
| JACKSON SECURITIES, INC., | : | |
| Defendants. | : | MAY 7, 2008 |

## MOTION FOR EXTENSION OF TIME ON CONSENT

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendant, Berean Capital, Inc., ("Berean" or "Defendant") requests an extension of time of sixty (60) days in which to file an answer to the plaintiff's, Greystone Community Reinvestment Associates, Inc., ("Greystone") Second Amended Complaint, dated March 7, 2008, up to and including June 30, 2008.

As good cause for the requested extension of time Berean submits that Greystone's Second Amended Complaint adds defendant Jackson Securities, Inc. ("Jackson") as an additional party. Despite their diligence in preparing an answer to Greystone's Second Amended Complaint, Berean submits that the additional time is necessary to confer with defendant, Jackson Securities, Inc., in order to prepare full and adequate responses to the issues raised by the Second Amended Complaint. In addition, the Court recently extended the time for Jackson to answer up to and including June 30, 2008 and this request would make Berean's answer due at the same time.

This is Defendant Berean's third request for an extension of time with respect to this matter. Counsel for Greystone has consented to the requested extension.

WHEREFORE, the defendant, Berean Capital, Inc., respectfully requests that the Court grant this Motion for Extension of Time on Consent and extend the deadline for filing an answer to Greystone's Second Amended Complaint, up to and including June 30, 2008.

Dated: May 7, 2008
Simsbury, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
BEREAN CAPITAL, INC.,

/s/ Thomas J. Finn
Thomas J. Finn
Federal Bar No.: ct 20929
Jorden Burt LLP
Suite 201
175 Powder Forest Drive
Simsbury, Connecticut 06089
Tel: 860.392.5000
Fax: 860.392.5058
tjf@jordenusa.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7st day of May, 2008 a copy of the foregoing Motion for Extension of Time on Consent was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ Thomas J. Finn
                                                  Thomas J. Finn