UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., | : | CIVIL ACTION NO. 3:02-CV 1703 (CFD) |
| Plaintiff, | : | |
| v. | : | |
| BEREAN CAPITAL, INC., and JACKSON SECURITIES, INC., | : | |
| Defendants. | : | JUNE 18, 2008 |

## APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter my appearance as attorney for the Defendant, Berean Capital, Inc. in the above-captioned action.

Dated: June 18, 2008
      Simsbury, Connecticut

THE DEFENDANT,
BEREAN CAPITAL, INC.

By: _____
Liam S. Burke
Federal Bar No.: ct 27739
lsb@jordenusa.com
JORDEN BURT LLP
Suite 201
175 Powder Forest Drive
Simsbury, Connecticut 06089
Tel.: 860-392-5000
Fax: 860-392-5058

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of June, 2008 a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Liam S. Burke

200633v1dc