UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC. <br><br> Plaintiff, <br><br> v. <br><br> BEREAN CAPITAL, INC. and JACKSON SECURITIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. 3:02-CV 1703(CFD) <br><br> June 19, 2008 |

**MOTION FOR EXTENSION OF TIME ON CONSENT**

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendant, Jackson Securities, Inc. ("Jackson"), requests an extension of time of thirty (30) days in which to file an answer to the plaintiff's, Greystone Community Reinvestment Associates, Inc.'s ("Greystone") Second Amended Complaint dated March 7, 2008, up to and including July 30, 2008.

As good cause for the requested extension of time, Jackson submits that Greystone's Second Amended Complaint adds Jackson as an additional party to a case that has been going on since September 2002. Despite Jackson's diligence in investigating and preparing to respond to the allegations in Greystone's Second Amended Complaint, Jackson submits that the additional time is necessary to prepare full and adequate responses to the issues raised by the Second Amended Complaint.

- 2 -

This is Jackson's third request for an extension of time with respect to this matter. Counsel for Greystone has consented to the requested extension.

**WHEREFORE**, defendant Jackson respectfully requests that this Court grant its Motion for Extension of Time on Consent and extend the deadline for filing an answer to Greystone's Second Amended Complaint, up to and including July 30, 2008.

Dated:  June 19, 2008

                                           **DEFENDANT,**
                                           **JACKSON SECURITIES, INC.**

                           By:  /s/ Ari J. Hoffman, Esq.
                                 Richard Slavin, Esq., Fed Bar #ct06304
                                 Ari J. Hoffman, Esq., Fed Bar #ct22516
                                 Cohen and Wolf, P.C.
                                 1115 Broad Street
                                 Bridgeport, CT  06604
                                 Telephone No.: (203)368-0211
                                 Facsimile No.: (203)394-9901
                                 Email: ahoffman@cohenandwolf.com
                                 Email: rslavin@cohenandwolf.com

- 3 -

## CERTIFICATION OF SERVICE

I hereby certify that on June 19, 2008, a copy of the foregoing Motion for Extension of Time on Consent dated June 19, 2008, was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

                                                                     /s/ Ari J. Hoffman
                                                                       Ari J. Hoffman