UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC., | : : : | CIVIL ACTION NO. 3:02-CV-1703 (CFD) |
| Plaintiff, | : : | |
| v. | : : | |
| BEREAN CAPITAL, INC., and JACKSON SECURITIES, INC., | : : : | |
| Defendants. | : | JUNE 30, 2008 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendant, Berean Capital, Inc., ("Berean" or "Defendant") respectfully requests an extension of time of thirty (30) days in which to file an answer to the plaintiff's, Greystone Community Reinvestment Associates, Inc., ("Greystone") Second Amended Complaint, dated March 7, 2008, up to and including July 30, 2008.

As good cause for the requested extension of time, Berean submits that Greystone's Second Amended Complaint adds defendant Jackson Securities, Inc. ("Jackson") as an additional party. Despite their diligence in preparing an answer to Greystone's Second Amended Complaint, Berean submits that the additional time is necessary to confer with defendant, Jackson Securities, Inc., in order to prepare full and adequate responses to the issues raised by the Second Amended Complaint. In addition, the Court recently extended the time for Jackson to answer up to and including July 30, 2008 and this request would make Berean's answer due at the same time.

200868v1DC

This is Defendant Berean's third request for an extension of time with respect to this matter. Attempts by counsel for Berean to contact Greystone's counsel to obtain consent for the instant motion were unsuccessful. However, counsel for Greystone has consented to similar extensions previously.

WHEREFORE, the defendant, Berean Capital, Inc., respectfully requests that the Court grant this Motion for Extension of Time and extend the deadline to file an answer to Greystone's Second Amended Complaint, up to and including July 30, 2008.

Dated: June 30, 2008
Simsbury, Connecticut

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
BEREAN CAPITAL, INC.,

By: /s/ Thomas J. Finn
Thomas J. Finn
Federal Bar No.: ct 20929
tjf@jordenusa.com
Paula Cruz Cedillo
Federal Bar No.: ct 23485
pcc@jordenusa.com
Liam S. Burke
Federal Bar No.: ct 27739
lsb@jordenusa.com
Jorden Burt LLP
Suite 201
175 Powder Forest Drive
Simsbury, Connecticut 06089
Tel: 860.392.5000
Fax: 860.392.5058

## CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of June, 2008 a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ Thomas J. Finn
                                                  Thomas J. Finn