UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREYSTONE COMMUNITY REINVESTMENT ASSOCIATES, INC.<br><br>    Plaintiff,<br><br>v.<br><br>BEREAN CAPITAL, INC. and JACKSON SECURITIES, INC.,<br><br>    Defendants, | CIVIL ACTION NO.<br>3:02-CV 1703(CFD)<br><br>July 30, 2008 |

**MOTION FOR EXTENSION OF TIME ON CONSENT**

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the defendant, Jackson Securities, Inc. ("Jackson") requests an extension of time of sixty (60) days in which to file an answer to the plaintiff's, Greystone Community Reinvestment Associates, Inc.'s ("Greystone") Second Amended Complaint dated March 7, 2008, up to and including September 30, 2008.

As good cause for the requested extension of time, Jackson submits that Greystone's Second Amended Complaint adds Jackson as an additional party to a case that has been going on since September 2002. Despite Jackson's diligence in investigating and preparing to respond to the allegations in Greystone's Second Amended Complaint, Jackson submits that the additional time is necessary to investigate and prepare full and adequate responses to the issues raised by the Second Amended Complaint.

- 2 -

This is Jackson's fourth request for an extension of time with respect to this matter. Counsel for Greystone has consented to the requested extension.

**WHEREFORE**, defendant Jackson respectfully requests that this Court grant its Motion for Extension of Time on Consent and extend the deadline for filing an answer to Greystone's Second Amended Complaint, up to and including September 30, 2008.

Dated: July 30, 2008

**DEFENDANT,
JACKSON SECURITIES, INC.**

By:   /s/ Ari J.Hoffman,Esq.
     Richard Slavin, Esq., Fed Bar #ct06304
     Ari J. Hoffman, Esq., Fed Bar #ct22516
     Cohen and Wolf, P.C.
     1115 Broad Street
     Bridgeport, CT  06604
     Telephone No.: (203)368-0211
     Facsimile No.: (203)394-9901
     Email: ahoffman@cohenandwolf.com
     Email: rslavin@cohenandwolf.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2008 a copy of the foregoing Motion for Extension of Time on Consent was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Ari J. Hoffman
Ari J. Hoffman